# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

<u>RYAN, LLC</u>
Plaintiff

v.

<u>3:24-cv-986-E</u>
Civil Action No.

<u>FEDERAL TRADE COMMISSION</u>
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Ryan, LLC

_____

provides the following information:

     For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Onex Corporation (TXS:ONEX), Ares Management Corporation (NYSE: ARES)

     A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Ryan, LLC is a private limited liability company.  Its member holding companies are Ryan Direct Holdings, LLC, Ryan Tax Holdings, Inc., and Onex Ryan LLC.  Ryan, LLC also identifies Onex Corporation (TXS:ONEX) and Ares Management Corporation (NYSE: ARES) as interested persons.  Additionally, Ryan, LLC has over 200 principals and a small number of other employees who are subject to non-competes affected by the rulemaking.

| | |
|---|---|
| Date: | April 23, 2024 |
| Signature: | /s/ Elizabeth A. Kiernan |
| Print Name: | Elizabeth A. Kiernan |
| Bar Number: | 24105666 |
| Address: | 2001 Ross Avenue, Suite 2100 |
| City, State, Zip: | Dallas, TX 75201 |
| Telephone: | 214.698.3100 |
| Fax: | 214.571.2900 |
| E-Mail: | ekiernan@gibsondunn.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.