**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Ryan, LLC<br>*Plaintiff*<br><br>v.<br><br>Federal Trade Commission<br>*Defendant* | §<br>§<br>§<br>§<br>§   Case No.  3:24-cv-986-E<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Gibson, Dunn & Crutcher LLP                                                            , with offices at

1050 Connecticut Avenue, N.W.
(Street Address)

Washington                         DC                    20036
(City)                              (State)               (Zip Code)

202.955.8500                       202.467.0539
(Telephone No.)                     (Fax No.)

**II.**   Applicant will sign all filings with the name  Eugene Scalia                              .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Ryan, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 447524          Admission date: July 7, 1995

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| 3/13/24 | 4:24-cv-213 Chamber of Commerce of the USA, et. al v. CFPB |
| 3/18/24 | 4:24-cv-00250 Nat't Ass'n of Private Fund Managers et al v. SEC |

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Elizabeth A. Kiernan, Gibson, Dunn & Crutcher LLP, who has offices at

2001 Ross Ave., Suite 2100
(Street Address)

Dallas                          TX              75201
(City)                          (State)         (Zip Code)

214.698.3100                    214.571.2900
(Telephone No.)                 (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 23rd day of April, 2024.

Eugene Scalia
Printed Name of Applicant

*/s/ Eugene Scalia*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Eugene Scalia
Bar Memberships and Court Admissions

| Court | Date Admitted | Active/Not Active | Bar Number |
|---|---|---|---|
| Supreme Court of the United States of America | June 9, 2008 | Active | N/A |
| District of Columbia Court of Appeals * | July 7, 1995 | Active | 447524 |
| U.S. Court of Appeals for the First Circuit | June 4, 1997 | Active | 43565 |
| U.S. Court of Appeals for the Second Circuit | May 14, 2009 | Active | N/A |
| U.S. Court of Appeals for the Third Circuit | July 2007 | Active | N/A |
| U.S. Court of Appeals for the Fourth Circuit | July 1997 | Active | N/A |
| U.S. Court of Appeals for the Fifth Circuit | March 16, 2017 | Active | N/A |
| U.S. Court of Appeals for the Sixth Circuit | March 2007 | Active | N/A |
| U.S. Court of Appeals for the Seventh Circuit | October 20, 2016 | Active | N/A |
| U.S. Court of Appeals for the Eighth Circuit | March 16, 2017 | Active | N/A |
| U.S. Court of Appeals for the Ninth Circuit | June 1993 | Active | 151540 |
| U.S. Court of Appeals for the Eleventh Circuit | August 11, 2011 | Active | N/A |
| U.S. Court of | May 1994 | Active | 42953 |

| Court | Date Admitted | Active/Not Active | Bar Number |
|---|---|---|---|
| Appeals for the DC Circuit | | | |
| U.S. District Court for the Central District of California | April 1991 | Active | 151540 |
| U.S. District Court for the Eastern District of Virginia | November 1993 | Active | 36513 |
| U.S. District Court for the District of Columbia * | July 7, 1995 | Active | 447524 |
| U.S. District Court for the District of Maryland | February 1995 | Active | 12182 |
| U.S. District Court for the Northern District of California | September 22, 2000 | Active | 151540 |
| U.S. District Court for the Eastern District of Michigan | May 16, 2006 | Active | N/A |

\* These courts share the same bar number.