**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Ryan, LLC<br>*Plaintiff*<br><br>v.<br><br>Federal Trade Commission<br>*Defendant* | §<br>§<br>§<br>§<br>§   Case No. 3:24-cv-986-E<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Gibson, Dunn & Crutcher LLP                                                              , with offices at

1050 Connecticut Avenue, N.W.
(Street Address)

Washington                              DC                    20036
(City)                                        (State)                (Zip Code)

202.955.8500                             202.467.0539
(Telephone No.)                          (Fax No.)


**II.**     Applicant will sign all filings with the name   Amir C. Tayrani                              .


**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Ryan, LLC



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of __District of Columbia__, where Applicant regularly practices law.

Bar license number: 490994    Admission date: 01/10/2005

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Elizabeth A. Kiernan, Gibson, Dunn & Crutcher LLP, who has offices at

2001 Ross Ave., Suite 2100
(Street Address)

Dallas                                TX                75201
(City)                                (State)           (Zip Code)

214.698.3100                          214.571.2900
(Telephone No.)                       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   23rd   day of April  , 2024  .

Amir C. Tayrani
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## Amir Cameron Tayrani:  Bar Admissions

| Jurisdiction / Court | Status | Date of Admission |
|---|---|---|
| California (#229609) | Active | 12/23/03 |
| District of Columbia (#490994) | Active | 1/10/05 |
| U.S. Supreme Court | Active | 2/20/07 |
| U.S. Court of Appeals for the Second Circuit | Active | 1/25/11 |
| U.S. Court of Appeals for the Third Circuit | Active | 6/4/18 |
| U.S. Court of Appeals for the Fourth Circuit | Active | 2/10/14 |
| U.S. Court of Appeals for the Fifth Circuit | Active | 7/24/08 |
| U.S. Court of Appeals for the Sixth Circuit | Active | 10/4/05 |
| U.S. Court of Appeals for the Seventh Circuit | Active | 6/8/06 |
| U.S. Court of Appeals for the Ninth Circuit | Active | 8/1/05 |
| U.S. Court of Appeals for the Tenth Circuit | Active | 8/19/14 |
| U.S. Court of Appeals for the Eleventh Circuit | Active | 3/30/16 |
| U.S. Court of Appeals for the D.C. Circuit | Active | 11/3/09 |
| U.S. Court of Appeals for the Federal Circuit | Active | 10/22/07 |
| U.S. District Court for the District of Columbia | Active | 6/6/11 |
| U.S. District Court for the Central District of CA | Active | 3/13/06 |
| U.S. District Court for the Northern District of CA | Active | 5/21/09 |
| U.S. District Court for the Southern District of CA | Active | 2/10/21 |