# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Ryan, LLC | § |
| *Plaintiff* | § |
| | § |
| | § |
| v. | § Case No. 3:24-cv-986-E |
| | § |
| | § |
| Federal Trade Commission | § |
| *Defendant* | § |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Gibson, Dunn & Crutcher LLP , with offices at

1050 Connecticut Avenue, N.W.
(Street Address)

Washington                          DC                        20036
(City)                              (State)                   (Zip Code)

202.887.3628                        202.831.6144
(Telephone No.)                     (Fax No.)


**II.** Applicant will sign all filings with the name Joshua R. Zuckerman .


**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Ryan, LLC



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 1724555      Admission date: January 4, 2021

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached -- Exhibit A | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:      Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Elizabeth A. Kiernan, Gibson, Dunn & Crutcher LLP, who has offices at

2001 Ross Ave., Suite 2100
(Street Address)

Dallas      TX      75201
(City)      (State)      (Zip Code)

214.698.3100      214.571.2900
(Telephone No.)      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 23rd day of April, 2024.

Joshua R. Zuckerman
Printed Name of Applicant

*/s/ Josh Zuckerman*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**Exhibit A**

| Court | Admission Date | Active |
|---|---|---|
| United States Court of Appeals for the D.C. Circuit | October 12, 2022 | Yes |
| United States Court of Appeals for the Second Circuit | March 14, 2023 | Yes |
| United States Court of Appeals for the Third Circuit | August 11, 2023 | Yes |
| United States Court of Appeals for the Seventh Circuit | February 9, 2021 | Yes |
| United States Court of Appeals for the Ninth Circuit | October 4, 2023 | Yes |
| United States Court of Appeals for the Tenth Circuit | November 8, 2023 | Yes |