UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>        *Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>        *Defendant.* | Case No. 3:24-CV-00986-E |

## PROOF OF SERVICE

I hereby certify that service of the summons and complaint was effected pursuant to Federal Rule of Civil Procedure 4(i)(2) as follows on Defendant the United States Federal Trade Commission. I further certify that, pursuant to Rule 4(i), service of the summons and complaint was also effected on the United States through the United States Attorney's Office for the Northern District of Texas and the United States Attorney General.

1. I caused to be deposited in the United States Mail copies of the summons and complaint in the above-captioned case, addressed separately to the U.S. Attorney's Office for the Northern District of Texas pursuant to Rule 4(i)(1)(A)(ii), the Attorney General of the United States pursuant to Rule 4(i)(1)(B), and the Defendant United States Federal Trade Commission pursuant to Rule 4(i)(2). On April 25, 2024, copies of the summons and complaint were deposited in the United States Mail. A copy of the receipts for the certified mail is attached hereto as Exhibit A. United States Postal Service tracking reports indicating that delivery of the summons and complaint has been made to each recipient are also attached hereto. The following chart lists the

2

receipt number for each mailing, as shown on the receipt (Exhibit A); the exhibit number for each tracking report; and the date of each delivery.

| Recipient | Receipt Number | Tracking Report | Delivery Date |
| --- | --- | --- | --- |
| U.S. Attorney's Office | 9589071052700323440849 | Exhibit B hereto | 4/29/2024 |
| Attorney General | 9589071052700323437528 | Exhibit C hereto | 4/29/2024 |
| US Federal Trade Commission | 9589071052700323437511 | Exhibit D hereto | 4/29/2024 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on <u>April 29, 2024</u>

*/s/ Aaron Hauptman*
Aaron Hauptman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
ahauptman@gibsondunn.com

*Attorney for Plaintiff*
