# EXHIBIT B

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700323440849

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:54 pm on April 29, 2024 in DALLAS, TX 75242.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

DALLAS, TX 75242
April 29, 2024, 12:54 pm

**In Transit to Next Facility**

April 28, 2024

**Arrived at USPS Regional Origin Facility**

GAITHERSBURG MD DISTRIBUTION CENTER
April 25, 2024, 11:43 pm

**Departed Post Office**

WASHINGTON, DC 20036
April 25, 2024, 5:35 pm

**USPS in possession of item**

WASHINGTON, DC 20036
April 25, 2024, 9:34 am

Hide Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**   ⌄

USPS Tracking Plus®

Product Information

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs