# EXHIBIT C

USPS Tracking®

FAQs >

Tracking Number:

**9589071052700323437528**

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

**Latest Update**

Your item was picked up at a postal facility at 5:15 am on April 29, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 29, 2024, 5:15 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
April 27, 2024, 11:04 am

**Arrived at Post Office**
WASHINGTON, DC 20018
April 27, 2024, 10:35 am

**In Transit to Next Facility**
April 26, 2024

**Departed Post Office**
WASHINGTON, DC 20036
April 25, 2024, 5:35 pm

**USPS in possession of item**
WASHINGTON, DC 20036
April 25, 2024, 9:36 am

Hide Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]