# EXHIBIT D

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052700323437511

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 9:01 am on April 29, 2024 in WASHINGTON, DC 20580.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20580
April 29, 2024, 9:01 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20580
April 28, 2024, 8:49 am

**Arrived at Hub**
WASHINGTON, DC 20018
April 28, 2024, 6:47 am

**In Transit to Next Facility**
April 27, 2024

**Arrived at USPS Regional Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
April 25, 2024, 11:43 pm

**Departed Post Office**
WASHINGTON, DC 20036
April 25, 2024, 5:35 pm

**USPS in possession of item**
WASHINGTON, DC 20036
April 25, 2024, 9:36 am

**Hide Tracking History**

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs