IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　　Defendant. | Civil Action No. 3:24-cv-986-E |

**NOTICE OF APPEARANCE OF ALLYSON N. HO AS
COUNSEL FOR PLAINTIFF RYAN, LLC**

PLEASE TAKE NOTICE that Plaintiff Ryan, LLC ("Plaintiff") hereby provides notice that, in addition to the attorneys already representing it, attorney Allyson N. Ho is appearing as its counsel in this case. Plaintiff respectfully requests that copies of all pleadings, orders, notices, and other papers filed in this action be provided to Ms. Ho as follows:

> Allyson N. Ho
> GIBSON, DUNN & CRUTCHER LLP
> 2001 Ross Avenue, Suite 2100
> Dallas, TX 75201
> Telephone: 214.698.3110
> Facsimile: 214.571.2971
> AHo@gibsondunn.com

DATED: April 29, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Allyson N. Ho*
　　　　　　　　　　　　　　　　　　　　Allyson N. Ho
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24033667
　　　　　　　　　　　　　　　　　　　　GIBSON, DUNN & CRUTCHER LLP
　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue, Suite 2100
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　Telephone: 214.698.3100
　　　　　　　　　　　　　　　　　　　　Facsimile: 214.571.2900
　　　　　　　　　　　　　　　　　　　　AHo@gibsondunn.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Ryan, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on April 29, 2024, I caused the foregoing motion to be filed with the Clerk for the U.S. District Court for the Northern District of Texas through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

                                                          */s/ Allyson N. Ho*
                                                        Allyson N. Ho