## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>        Defendant. | CASE NO.: 3:24-CV-986 |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendant:

RACHAEL WESTMORELAND
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov

Dated: April 30, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY R. FARBY
Assistant Branch Director

_/s/ Rachael L. Westmoreland_
RACHAEL WESTMORELAND
Trial Attorney (GA Bar No. 539498)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-1280
E-mail: rachael.westmoreland@usdoj.gov