# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | CASE NO.: 3:24-CV-986 |

## **NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel on behalf of Defendant:

TAISA M. GOODNATURE
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-3786
E-mail: Taisa.M.Goodnature@usdoj.gov

Dated: April 30, 2024              Respectfully submitted,

                        BRIAN M. BOYNTON
                        Principal Deputy Assistant Attorney General

                        LESLEY R. FARBY
                        Assistant Branch Director

                              _/s/ Taisa M. Goodnature_
TAISA M. GOODNATURE
Trial Attorney (N.Y. Bar No. 5859137)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3786
E-mail: Taisa.M.Goodnature@usdoj.gov