## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>              Defendant. | CASE NO.: 3:24-CV-986 |

## <u>NOTICE OF APPEARANCE</u>

Please take notice of the appearance of the following counsel on behalf of Defendant:

MADELINE M. MCMAHON
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 451-7722
E-mail: madeline.m.mcmahon@usdoj.gov

Dated: April 30, 2024                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         LESLEY R. FARBY
                                         Assistant Branch Director

1

*/s/ Madeline M. McMahon*
MADELINE M. MCMAHON
Trial Attorney (DC Bar No. 1720813)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 451-7722
E-mail: madeline.m.mcmahon@usdoj.gov