IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | Civil Action No. 3:24-cv-986-E |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXPEDITE BRIEFING AND CONSIDERATION OF PLAINTIFF'S MOTION FOR STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION**

Before the Court is Plaintiff's Motion to Expedite Briefing and Consideration of Plaintiff's Motion for a Preliminary Injunction. After due consideration of the briefing, arguments, evidence presented, pleadings, and documents filed with the Court, and applicable law, the Court concludes good cause exists to expedite briefing. It is hereby **ORDERED** that:

1. Defendants shall file any opposition to Plaintiffs' motion for preliminary injunction by May 15, 2024; and

2. Plaintiff shall file any reply in support of its motion for preliminary injunction by May 22, 2024.

**SO ORDERED**

_____, 2024

_____
UNITED STATES DISTRICT JUDGE
