# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>      Defendant. | CASE NO.: 3:24-CV-986 |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendant:

ARJUN MODY
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel: (202) 451-7723
E-mail: arjun.a.mody@usdoj.gov

Dated: May 1, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY R. FARBY
Assistant Branch Director

1

*/s/ Arjun Mody*
ARJUN MODY
Trial Attorney (DC Bar No. 90013383)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 451-7723
E-mail: arjun.a.mody@usdoj.gov