IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 3:24-CV-00986-E |
| FEDERAL TRADE COMMISSION, | § § § | |
| Defendant. | § § § § | |

# ORDER

Before the Court is Plaintiff Ryan LLC's Emergency Motion to Expedite Briefing Regarding Its Motion for Stay of Effective Date and Preliminary Injunction. (ECF No. 25). The Court **ORDERS** Defendant Federal Trade Commission to file a response to this Motion explaining their opposition to expedited briefing no later than 5:00 p.m. on May 7, 2024.

**SO ORDERED:** May 2, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE