IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-00986-E |
| | § | |
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff Ryan LLC's (hereinafter "Ryan") Motion for Expedited Briefing Regarding its Motion for Stay of Effective Date and Preliminary Injunction. (ECF No. 25). Defendant Federal Trade Commission (hereinafter "FTC") has responded to this Motion. (ECF No. 28). Plaintiff Ryan has replied. (ECF No. 30). Thus, the Motion is fully briefed. The Court hereby **DENIES** Plaintiff Ryan's Motion for Expedited Briefing Regarding its Motion for Stay of Effective Date and Preliminary Injunction. (ECF No. 25).

In accordance with the Northern District of Texas' Civil Local Rules, the Court **ORDERS** Defendant FTC to file any opposition to Plaintiff Ryan's Motion for Stay of Effective Date and Preliminary Injunction, (ECF No. 23), by May 22, 2024. The Court further **ORDERS** Plaintiff Ryan to file any reply in support of its Motion for Stay of Effective Date and Preliminary Injunction, (ECF No. 23), by June 5, 2024. The Court will issue a decision on the merits of Plaintiff Ryan's Motion for Stay of Effective Date and Preliminary Injunction, (ECF No. 23), by July 3, 2024. If the Court determines a hearing on the merits for Plaintiff Ryan LLC's Motion for Stay of Effective Date and Preliminary Injunction, (ECF No. 23), is warranted, the Court sets the date for

the hearing as June 17, 2024. By June 6, 2024, the Court will notify the parties if a hearing will be held on June 17, 2024.

**SO ORDERED:** May 7, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE