IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>　　　　　　　　　*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　*Defendant.* | Case No. 3:24-cv-986-E |

**[PROPOSED] ORDER GRANTING INTERVENORS' UNOPPOSED MOTION TO INTERVENE AS PLAINTIFFS**

　　Before the Court is the Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce's (intervenors') Unopposed Motion to Intervene as Plaintiffs. The Court, having considered the arguments and evidence of the parties, is of the opinion that intervenors' motion should be **GRANTED**.

　　The Court finds that intervenors' motion is timely, they have an interest in the subject of the action, the disposition of this action may impair or impede their interest, and their interest may be inadequately represented by the existing parties. The Court further finds that intervenors have a claim that shares a common question

1

of law or fact with this action and that permitting intervention will not unduly delay or prejudice the adjudication of the original parties' rights.

It is therefore **ORDERED** that intervenors' Motion to Intervene as Plaintiffs is hereby **GRANTED**.

**SO ORDERED**.

_____   _____
DATE                             Hon. Judge Ada E. Brown,
                                 United States Federal District Judge