IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-00986-E |
| | § | |
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce's ("Intervenors") Unopposed Motion to Intervene as Plaintiffs. (ECF No. 32). The Court, having considered the arguments and evidence of the parties, is of the opinion that Intervenors' motion should be **GRANTED** as explained hereunder.

The Court finds that Intervenors' motion is timely, they have an interest in the subject of the action, the disposition of this action may impair or impede their interest, and their interest may be inadequately represented by the existing parties. The Court further finds that Intervenors have a claim that shares a common question of law or fact with this action and that permitting intervention will not unduly delay or prejudice the adjudication of the original parties' rights. Thus, it is ordered that Intervenors' Motion to Intervene as Plaintiffs is hereby **GRANTED**.

Further, upon review of Defendant Federal Trade Commission's position on the briefing schedule if intervention is granted, the Court **MODIFIES** the existing briefing schedule on injunctive relief, (*see* ECF No. 31), as follows:

1. May 29, 2024: Deadline for Defendants' consolidated response, with word limit of 4,250.

2. June 12, 2024: Deadline for Intervenors' and Ryan, LLC's replies.

3. June 13, 2024: Deadline for Court to notify the parties if a hearing will be held on June 17, 2024.

4. June 17, 2024: Potential hearing date on Intervenors' and Ryan, LLC's motions to stay, if the Court deems it necessary.

**SO ORDERED:** May 9, 2024.

ADA BROWN
UNITED STATES DISTRICT JUDGE