UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Ryan, LLC <br> *Plaintiff* <br><br> v. <br><br> Federal Trade Commission <br> *Defendant* | § § § § § § § § § Case No. 3:24-cv-986 |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

United States Chamber of Commerce Litigation Center, with offices at

1615 H Street NW
(Street Address)

Washington                                    DC                       20062
(City)                                        (State)                  (Zip Code)

202-463-5337
(Telephone No.)                               (Fax No.)


**II.**   Applicant will sign all filings with the name   Jordan L. Von Bokern   .


**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Chamber of Commerce of the United States of America


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _District of Columbia_, where Applicant regularly practices law.

Bar license number: 1032962     Admission date: 07/08/2016

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached. | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application: | Case No. And Style: |
|---|---|
| N/A | |
| | |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Robert L. Sayles, who has offices at

1445 Ross Avenue, Suite 3600
(Street Address)

| Dallas | Texas | 75202 |
|---|---|---|
| (City) | (State) | (Zip Code) |

(214) 257-9800              (214) 939-8787
(Telephone No.)              (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   9th   day of May                                  , 2024      .

Jordan L. Von Bokern
Printed Name of Applicant

/s/ Jordan L. Von Bokern
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Jordan L. Von Bokern
Bar Membership and Court Admissions

| Court | Date Admitted | Active/Not Active |
|---|---|---|
| Colorado | 1/15/2015 | Inactive |
| District of Columbia | 7/8/2016 | Active |
| North Carolina | 1/6/2023 | Active |
| United States Court of Appeals for the 1st Circuit | 12/7/2022 | Active |
| United States Court of Appeals for the 2nd Circuit | 12/13/2022 | Active |
| United States Court of Appeals for the 3rd Circuit | 12/7/2022 | Active |
| United States Court of Appeals for the 4th Circuit | 12/7/2022 | Active |
| United States Court of Appeals for the 5th Circuit | 1/12/2023 | Active |
| United States Court of Appeals for the 6th Circuit | 12/7/2022 | Active |
| United States Court of Appeals for the 7th Circuit | 5/29/2018 | Active |
| United States Court of Appeals for the 8th Circuit | 12/7/2022 | Active |
| United States Court of Appeals for the 9th Circuit | 12/7/2022 | Active |
| United States Court of Appeals for the 10th Circuit | 12/27/2022 | Active |
| United States Court of Appeals for the 11th Circuit | 12/7/2022 | Active |
| United States Court of Appeals for the District of Columbia Circuit | 12/14/2022 | Active |
| United States Court of Appeals for the Federal Circuit | 12/7/2022 | Active |
| United States District Court for the District of Columbia | 1/9/2017 | Active |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Jordan Landrum Von Bokern

*was duly qualified and admitted on July 8, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 07, 2024.*

**JULIO A. CASTILLO**
**Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*