# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>    Plaintiff,<br><br>CHAMBER OF COMMERCE, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | CASE NO.: 3:24-CV-986 |

## [PROPOSED] ORDER

Defendant's unopposed motion for enlargement of the word limit is HEREBY GRANTED. Defendant's consolidated opposition brief due on May 29, 2024 shall not exceed 10,000 words.

SO ORDERED.


Dated: _____          _____
                              ADA BROWN
                              UNITED STATES DISTRICT JUDGE