# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Ryan, LLC
Plaintiff

v.

Federal Trade Commission
Defendant

3:24-cv-986-E
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff-Intervenors Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff-Intervenors Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce, Bradley Arant Boult Cummings LLP, Attorney Robert L. Sayles, Sullivan & Cromwell, LLP, Attorney Jeffrey Wall, Attorney Judson Littleton;
Plaintiff Ryan, LLC;
Defendant Federal Trade Commission.

| | |
|---|---|
| Date: | May 9, 2024 |
| Signature: | /s/ Robert L. Sayles |
| Print Name: | Robert L. Sayles |
| Bar Number: | 24049857 |
| Address: | 1445 Ross Avenue |
| City, State, Zip: | Dallas, TX 75202 |
| Telephone: | (214) 257-9800 |
| Fax: | (214) 939-8787 |
| E-Mail: | rsayles@bradley.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.