UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Ryan, LLC
     *Plaintiff*

     v.       Case No. 3:24-cv-986

Federal Trade Commission
     *Defendant*

§
§
§
§
§
§
§
§
§

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Sullivan & Cromwell LLP          , with offices at

1700 New York Avenue NW
(Street Address)

Washington         DC       20006
(City)            (State)     (Zip Code)

202-956-7660         202-293-6330
(Telephone No.)        (Fax No.)

**II.**  Applicant will sign all filings with the name Jeffrey B. Wall      .

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Counsel for Plaintiff Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of

_____ Georgia _____, where Applicant regularly practices law.

Bar license number: _750427_          Admission date: _01/27/2006_

For Court Use Only.
Bar Status Verified:

_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.     Applicant has also been admitted to practice before the following courts:

Court:                              Admission Date:                          Active or Inactive:

_See attached._         _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

April 23, 2024        Crypto Freedom Alliance of Texas v. SEC, 4:24-cv-00361-P (NDTX)

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)

X.    Local counsel of record associated with Applicant in this matter is

Robert L. Sayles _____, who has offices at

1445 Ross Avenue, Suite 3600 _____
(Street Address)

Dallas _____        Texas _____        75202 _____
(City)                (State)            (Zip Code)

(214) 257-9800 _____        (214) 939-8787 _____
(Telephone No.)                (Facsimile No.)

XI.    Check the appropriate box below.

For Application in a **Civil Case**

☑    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐    Applicant has read and will comply with the local criminal rules of this court.

XII.    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    9    day of May _____, 2024 ____.

Jeffrey B. Wall _____
Printed Name of Applicant

/s/ Jeffrey B. Wall _____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Jeffrey B. Wall
Bar Membership and Court Admissions

| Court | Date Admitted | Active/Not Active |
|-------|---------------|-------------------|
| Supreme Court of Georgia | 05/22/2006 | Active |
| US District Court Northern District of Georgia | 05/22/2006 | Active |
| US District Court Washington, DC (DDC) | 12/04/2006 | Active |
| US Court of Appeals 1st Circuit | 10/31/2018 | Active |
| US Court of Appeals 2nd Circuit | 09/28/2006 | Active |
| US Court of Appeals 3rd Circuit | 12/18/2014 | Active |
| US Court of Appeals 4th  Circuit | 06/02/2004 | Active |
| US Court of Appeals 5th Circuit | 09/02/2022 | Active |
| US Court of Appeals 6th Circuit | 01/24/2022 | Active |
| US Court of Appeals 8th Circuit | 02/26/2024 | Active |
| US Court of Appeals 9th Circuit | 07/17/2006 | Active |
| US Court of Appeals 10th Circuit | 03/17/2015 | Active |
| US Court of Appeals 11th Circuit | 07/11/2022 | Active |
| US Court of Appeals DC Circuit | 06/09/2020 | Active |
| US Court of Appeals Federal Circuit | 09/08/2022 | Active |
| Supreme Court of the United States | 07/27/2009 | Active |