IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § § § | Civil Action No. 3:24-CV-00986-E |
| FEDERAL TRADE COMMISSION, | | |
| Defendant. | | |

### ORDER

Before the Court is Defendant Federal Trade Commission's ("FTC") Unopposed Motion for Enlargement of Word Limit. (ECF No. 36). FTC's Motion is hereby **GRANTED**. It is **ORDERED** that FTC's consolidated opposition brief regarding the requested injunctive relief due on May 29, 2024, shall not exceed 10,000 words.

**SO ORDERED:** May 10, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE