**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| Ryan, LLC<br>*Plaintiff* | §<br>§<br>§<br>§ | |
| v. | §<br>§<br>§ | Case No. 3:24-cv-986 |
| Federal Trade Commission<br>*Defendant* | §<br>§<br>§ | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

United States Chamber of Commerce Litigation Center                            , with offices at

1615 H Street NW
(Street Address)

Washington                                     DC                  20062
(City)                                             (State)              (Zip Code)

(202) 463-5337
(Telephone No.)                                  (Fax No.)

**II.**    Applicant will sign all filings with the name   Tyler S. Badgley                              .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Chamber of Commerce of the United States of America

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of

_____District of Columbia_____, where Applicant regularly practices law.

Bar license number: _1047899_    Admission date: _08/07/2017_____

| For Court Use Only. |
|---|
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached. | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A _____        _____

_____            _____

_____            _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Robert L. Sayles _____, who has offices at

1445 Ross Avenue, Suite 3600 _____
(Street Address)

Dallas _____        Texas _____        75202 _____
(City)                                (State)                (Zip Code)

(214) 257-9800 _____        (214) 939-8787 _____
(Telephone No.)                              (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    9    day of May_____, 2024____.

Tyler S. Badgley _____
Printed Name of Applicant

*[signature]*
_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

Tyler S. Badgley
Bar Membership and Court Admissions

| Court | Date Admitted | Active/Not Active |
|---|---|---|
| Commonwealth of Pennsylvania | 9/6/2022 | Active |
| District of Columbia | 8/7/2017 | Active |
| 3rd Judicial Department, State of New York | 5/3/2017 | Active |
| Supreme Court of the United States | 4/26/2023 | Active |
| United States Court of Appeals for the 2nd Circuit | 1/11/2022 | Active |
| United States Court of Appeals for the 3rd Circuit | 12/16/2021 | Active |
| United States Court of Appeals for the 4th Circuit | 12/16/2021 | Active |
| United States Court of Appeals for the 5th Circuit | 5/11/2017 | Active |
| United States Court of Appeals for the 6th Circuit | 12/14/2022 | Active |
| United States Court of Appeals for the 7th Circuit | 12/16/2022 | Active |
| United States Court of Appeals for the 8th Circuit | 12/14/2022 | Active |
| United States Court of Appeals for the 9th Circuit | 6/1/2018 | Active |
| United States Court of Appeals for the 10th Circuit | 12/19/2022 | Active |
| United States Court of Appeals for the 11th Circuit | 12/15/2022 | Active |
| United States Court of Appeals for the District of Columbia Circuit | 1/11/2023 | Active |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Tyler S Badgley

was duly qualified and admitted on August 7, 2017 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on May 08, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*