# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, *Plaintiff*, v. FEDERAL TRADE COMMISSION, *Defendant.* | Case No. 3:24-cv-986-E |

**PLAINTIFF-INTERVENORS' OPPOSED MOTION FOR STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, the Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce (Plaintiff-Intervenors) respectfully move for a stay of effective date and preliminary injunction under the Administrative Procedure Act. *See* 5 U.S.C. § 705. Plaintiff-Intervenors' contentions of fact and law and arguments and authorities in support of a stay and preliminary injunction are set forth in Plaintiff-Intervenors' Brief In Support of Motion For Stay of Effective Date and Preliminary Injunction.

Dated:  May 10, 2024

Jordan L. Von Bokern (D.C. Bar No. 1032962)
Tyler S. Badgley* (D.C. Bar No. 1047899)
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, D.C.  20062
Tel:  (202) 463-5337
jvonbokern@uschamber.com
tbadgley@uschamber.com


Liz Dougherty* (D.C. Bar No. 457352)
BUSINESS ROUNDTABLE
1000 Maine Avenue SW
Washington, D.C. 20024
202-872-1260
ldougherty@brt.org

* *Pro hac vice* pending

Respectfully submitted,

/s/ *Robert L. Sayles*
Robert L. Sayles (Texas Bar No. 24049857)
Boyce Holleman (Texas Bar No. 24126727)
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
Tel: (214) 257-9800
Fax: (214) 939-8787
rsayles@bradley.com
bholleman@bradley.com

Jeffrey B. Wall (Georgia Bar No. 750427)
Judson O. Littleton (D.C. Bar No. 1027310)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006-5215
Tel:  (202) 956-7000
wallj@sullcrom.com
littletonj@sullcrom.com

*Counsel for Plaintiff-Intervenors Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce*

2

## CERTIFICATE OF WORD COUNT

This Motion for Stay of Effective Date and Preliminary Injunction complies with the Procedures for Cases Assigned to District Judge Ada Brown and Standing Order, Rule II(A), because it contains 87 words.

/s/<i>Robert L. Sayles</i><br>
Robert L. Sayles

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1(b), I hereby certify that on May 10, 2024 counsel for Plaintiff-Intervenors conferred with Andrew Kilberg and other counsel for plaintiff regarding Plaintiff-Intervenors' intention to file this motion. Plaintiff's counsel stated that Plaintiff is unopposed to the relief requested herein. I further certify that on May 10, 2024 I conferred with Rachael L. Westmoreland and other counsel for Defendant regarding Plaintiff-Intervenors' intention to file this motion. Defendant's counsel stated that Defendant is opposed to this motion and the relief requested herein.

/s/ <i>Judson O. Littleton</i><br>
Judson O. Littleton<br>
<i>Counsel for Movants</i>

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2024, I electronically transmitted the attached document to the Clerk of the Court and all counsel of record using the ECF System for filing and service in accordance with Local Rule 5.1.

>/s/ *Robert L. Sayles*
>Robert L. Sayles