IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, *Plaintiff*, v. FEDERAL TRADE COMMISSION, *Defendant.* | Case No. 3:24-cv-986-E |

### ORDER GRANTING PLAINTIFF-INTERVENORS' MOTION FOR STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION

Before the Court is Plaintiff-Intervenors' Motion for Stay of Effective Date and Preliminary Injunction. The Court, having considered the arguments and evidence of the parties, is of the opinion that Plaintiff-Intervenors' Motion should be **GRANTED**.

The Court finds that Plaintiff-Intervenors are likely to succeed on the merits, Plaintiff-Intervenors are likely to suffer irreparable harm in the absence of preliminary relief, the balance of the equities are in Plaintiff-Intervenors' favor, and this preliminary injunction is in the public interest.

It is therefore **ORDERED** that Plaintiff-Intervenors' Motion for Stay of Effective Date and Preliminary Injunction is hereby **GRANTED**.

The Court hereby **ORDERS** that, as of the date of this order, Defendant and its agents are **ENJOINED** from implementing or enforcing the Final Rule dated April 23, 2024, entitled "Non-Compete Clause Rule." Defendant, anyone acting in concert with Defendant, and its respective agents are enjoined and prohibited from relying on the Final Rule for any purpose during the pendency of this litigation. This includes, but is not limited to, enforcing the Final Rule through any ongoing or future administrative action. The effective date of the Non-Compete Clause Rule, dated April 23, 2024, is hereby **EXTENDED**, day for day, for each day this injunction remains in place.

**SO ORDERED**.

_____    _____
DATE                                                            Hon. Judge Ada E. Brown,
                                                                United States Federal District
                                                                Judge