# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>FEDERAL TRADE COMMISSION,<br><br>        Defendant. | Civil Action No. 3:24-cv-986-E |

**UNOPPOSED MOTION OF *AMICI* NATIONAL RETAIL FEDERATION, NATIONAL FEDERATION OF INDEPENDENT BUSINESS SMALL BUSINESS LEGAL CENTER, INC., INTERNATIONAL FRANCHISE ASSOCIATION, ASSOCIATED BUILDERS AND CONTRACTORS, INC., AMERICAN HOTEL & LODGING ASSOCIATION, NATIONAL ASSOCIATION OF WHOLESALER-DISTRIBUTORS, INDEPENDENT ELECTRICAL CONTRACTORS, CONSUMER TECHNOLOGY ASSOCIATION, UNITED STATES COUNCIL FOR INTERNATIONAL BUSINESS, THE HOME CARE ASSOCIATION OF AMERICA, AND THE RESTAURANT LAW CENTER FOR LEAVE TO FILE BRIEF IN SUPPORT OF PLAINTIFFS' MOTIONS TO STAY EFFECTIVE DATE AND PRELIMINARY INJUNCTION, ECF NOS. 23 & 46**

Edward J. Loya Jr.
  Texas Bar No. 24103619
EPSTEIN, BECKER & GREEN, P.C.
100 Crescent Court, Suite 700
Dallas, Texas 75201
Tel: 214-930-3735
eloya@ebglaw.com

Carolyn O. Boucek
  (*pro hac vice* motion forthcoming)
EPSTEIN, BECKER & GREEN, P.C.
227 W. Monroe Street, Suite 4500
Chicago, Illinois 60606
Tel: 312-499-1486
cboucek@ebglaw.com

Erik W. Weibust
Katherine G. Rigby
  (*pro hac vice* motions forthcoming)
EPSTEIN, BECKER & GREEN, P.C.
125 High Street, Suite 2114
Boston, Massachusetts 02100
Tel: 617-603-1090
eweibust@ebglaw.com
krigby@ebglaw.com

A. Millie Warner
  (*pro hac vice* motion forthcoming)
EPSTEIN, BECKER & GREEN, P.C.
875 Third Avenue
New York, New York 10022
Tel: 212-351-4752
mwarner@ebglaw.com

Counsel for *Amici Curiae*

## UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS* BRIEF

*Amici curiae,* the National Retail Federation, the National Federation of Independent Business Small Business Legal Center, Inc., the International Franchise Association, the Associated Builders and Contractors, Inc., the American Hotel & Lodging Association, the National Association of Wholesaler-Distributors, the Independent Electrical Contractors, Consumer Technology Association, the United States Council for International Business, the Home Care Association of America, and the Restaurant Law Center (collectively, the "*amici*") respectfully submit this unopposed motion for leave to file a brief in support of Plaintiffs' Motions to Stay Effective Date and Preliminary Injunction, ECF Nos. 23 and 46 (the "Motions"), pursuant to Local Rule 7.2(b).

The eleven *amici* represent thousands of companies that collectively employ tens of millions of employees at all levels across virtually every facet of the U.S. economy. Their interest in the outcome of the litigation is that most of their members would qualify as "employers" under the Final Rule and the Final Rule would upend their contractual relations with their workforces.

"The extent to which the court permits or denies *amicus* briefing lies solely within the court's discretion." *United States ex rel. Gudur v. Deloitte Consulting LLP*, 512 F.Supp.2d 920, 927 (S.D. Tex. 2007), *aff'd sub nom. United States ex rel. Gudur v. Deloitte & Touche*, 2008 WL 3244000 (5th Cir. Aug. 7, 2008). Because

2

"[n]o statute, role, or controlling case defines a federal district court's power to grant or deny leave to file an *amicus* brief . . . district courts commonly refer to Rule 29 [of the Federal Rules of Appellate Procedure] for guidance." *Id.*; *see also Wilson v. Austin*, 2023 WL 5674114, at *7 (E.D. Tex. 2023) (noting grant of leave to file *amicus* brief). Under Rule 29, private parties "may file a brief only by leave of court *or if the brief states that all parties have consented to its filing*[.]" Fed. R. App. P. 29(a)(2) (emphasis added). **Counsel for the Parties have stated that they consent to *amici* filing the proposed brief.**

*Amici* respectfully submit that the proposed brief will be helpful to the Court in resolving the pending motion. These *amici* represent industries in which narrowly tailored noncompete agreements, used appropriately, are critical to protect valuable trade secrets, customer relationships, and other workforce investments such that the Final Rule poses a critical threat to those industries. Moreover, the proposed brief will not cause any delay in the proceedings, nor will it prejudice any party, as confirmed by all Parties' consent to the filing.

## CONCLUSION

For these reasons, *amici curiae* ask the Court to grant leave to file the attached brief in support of Plaintiffs' Motions.

Dated: May 14, 2024

Respectfully submitted,

/s/ Edward J. Loya Jr.

| | |
|---|---|
| Edward J. Loya Jr.<br>　Texas Bar No. 24103619<br>EPSTEIN, BECKER & GREEN, P.C.<br>100 Crescent Court, Suite 700<br>Dallas, Texas 75201<br>Tel: 214-930-3735<br>eloya@ebglaw.com<br><br>Carolyn O. Boucek<br>　(*pro hac vice* motion forthcoming)<br>EPSTEIN, BECKER & GREEN, P.C.<br>227 W. Monroe Street, Suite 4500<br>Chicago, Illinois 60606<br>Tel: 312-499-1486<br>cboucek@ebglaw.com | Erik W. Weibust<br>Katherine G. Rigby<br>　(*pro hac vice* motions forthcoming)<br>EPSTEIN, BECKER & GREEN, P.C.<br>125 High Street, Suite 2114<br>Boston, Massachusetts 02100<br>Tel: 617-603-1090<br>eweibust@ebglaw.com<br>krigby@ebglaw.com<br><br>A. Millie Warner<br>　(*pro hac vice* motion forthcoming)<br>EPSTEIN, BECKER & GREEN, P.C.<br>875 Third Avenue<br>New York, New York 10022<br>Tel: 212-351-4752<br>mwarner@ebglaw.com |

Counsel for *Amici Curiae*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify the foregoing complies with the Procedures for Cases Assigned to District Judge Ada Brown and Standing Order, that the foregoing brief contains 439 words, including footnotes, and excluding the case caption, table of contents, table of authorities, signature block, and certificates, and that foregoing is typed in 14-point font and the footnotes are typed in 11-point font.

Date: May 14, 2024

                                              */s/  Edward J. Loya Jr.*
                                                Edward J. Loya Jr.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing document was electronically filed in this matter with the Clerk of Court, using the ECF system, which sent notification of such filing to all counsel of record.

Date: May 14, 2024

                                                */s/     Edward J. Loya Jr.*
                                                Edward J. Loya Jr.