# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN, LLC, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>                    Defendant. | Civil Action No. 3:24-cv-986-E |

# [PROPOSED] ORDER

For good cause shown, the unopposed motion by *amici curiae* for leave to file a brief in support of the Plaintiffs' Motions for Stay of Effective Date and Preliminary Injunction, ECF No. __, is hereby ORDERED, ADJUDGED, and DECREED, that the motion is GRANTED.

**SO ORDERED:** _____  _____, 2024

                                                                BY THE COURT:

                                                                _____
                                                                Hon. Judge Ada E. Brown,
                                                                United States Federal District Judge