IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　　　Defendant. | Civil Action No. 3:24-CV-00986-E<br><br>Hon. Ada Brown |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
OF THE NATIONAL ASSOCIATION OF MANUFACTURERS
FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF
PLAINTIFF'S AND INTERVENORS' MOTIONS FOR STAY AND
PRELIMINARY INJUNCTION**

　　Before the Court is the unopposed motion of the National Association of Manufacturers for leave to file a brief *amicus curiae* in support of Plaintiff's and Intervenors' motions for a stay and a preliminary injunction. Local Rule 7.2(b) allows an *amicus* brief to be filed with "leave of the presiding judge." Good cause appearing therefor, the motion is GRANTED.

**SO ORDERED.**

_____, 2024

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE