UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Ryan LLC | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 3:24-cv-00986-E |
| | § | |
| | § | |
| Federal Trade Commission | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Mayer Brown LLP                                                                                                 , with offices at

1999 K Street, N.W.
(Street Address)

Washington                              D.C.                     20006
(City)                                         (State)                  (Zip Code)

202-263-3000                            202-263-3300
(Telephone No.)                         (Fax No.)


**II.**     Applicant will sign all filings with the name  Nicole A. Saharsky                          .


**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

The Securities Industry and Financial Markets Association;
The Futures Industry Association;
The Managed Funds Association;
The American Investment Council

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 495433     Admission date: 12/12/2005

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See addendum | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

 N/A   

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

 See motion for leave to proceed without local counsel , who has offices at

(Street Address)

(City)                    (State)        (Zip Code)

(Telephone No.)                (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   15th   day of May  , 2024  .

 Nicole A. Saharsky 
Printed Name of Applicant

 /s/ *Nicole A. Saharsky* 
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## Addendum

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Supreme Court | 2/27/2006 | Active |
| U.S. Court of Appeals First Circuit | 1/25/2021 | Active |
| U.S. Court of Appeals Second Circuit | 4/16/2018 | Active |
| U.S. Court of Appeals Third Circuit | 7/28/2021 | Active |
| U.S. Court of Appeals Fourth Circuit | 3/23/2007 | Active |
| U.S. Court of Appeals Fifth Circuit | 4/16/2003 | Active |
| U.S. Court of Appeals Sixth Circuit | 4/8/2020 | Active |
| U.S. Court of Appeals Seventh Circuit | 4/7/2006 | Active |
| U.S. Court of Appeals Ninth Circuit | 6/11/2019 | Active |
| U.S. Court of Appeals Tenth Circuit | 4/8/2020 | Active |
| U.S. Court of Appeals Eleventh Circuit | 4/6/2020 | Active |
| U.S. Court of Appeals D.C. Circuit | 2/27/2004 | Active |
| U.S. Court of Appeals Federal Circuit | 7/10/2019 | Active |
| U.S. District Court Northern District of Illinois | 5/14/2019 | Active |
| Illinois Supreme Court | 12/4/2002 | Inactive |
| Virginia Supreme Court | 11/23/2021 | Active |