# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:24-CV-00986-E |
| | § | |
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

For good cause shown, the unopposed motion by *amici curiae* for leave to file a brief in support of the Plaintiffs' Motions for Stay of Effective Date and Preliminary Injunction, (ECF No. 49), is hereby ORDERED, ADJUDGED, and DECREED, that the motion is **GRANTED**.

**SO ORDERED:** May 15, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE