IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:24-CV-00986-E |
| FEDERAL TRADE COMMISSION, | § § § | |
| Defendant. | § § § § | |

## ORDER GRANTING UNOPPOSED MOTION OF THE NATIONAL ASSOCIATION OF MANUFACTURERS FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S AND INTERVENORS' MOTIONS FOR STAY AND PRELIMINARY INJUNCTION

Before the Court is the unopposed motion of the National Association of Manufacturers for leave to file a brief *amicus curiae* in support of Plaintiff's and Intervenors' motions for a stay and a preliminary injunction. (ECF No. 50). Local Rule 7.2(b) allows an *amicus* brief to be filed with "leave of the presiding judge." Good cause appearing therefor, the motion is **GRANTED**.

**SO ORDERED:** May 15, 2024.

ADA BROWN
UNITED STATES DISTRICT JUDGE