# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　Defendant. | No. 3:24-cv-00986-E |

**ORDER GRANTING MOTION OF THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, THE FUTURES INDUSTRY ASSOCIATION, THE MANAGED FUNDS ASSOCIATION, AND THE AMERICAN INVESTMENT COUNCIL FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

Before the Court is the Motion for Leave to Proceed Without Local Counsel filed by *amici curiae* the Securities Industry and Financial Markets Association, the Futures Industry Association, the Managed Funds Association, and the American Investment Council. Having considered the motion, the Court find that it is well taken and GRANTS the motion. It is therefore ORDERED that *amici curiae* may proceed in this matter without local counsel.

2

Signed this _____ day of _____, 2024.

_____

United States District Judge