# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>            Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>            Defendant. | No. 3:24-cv-00986-E |

**ORDER GRANTING UNOPPOSED MOTION OF THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, THE FUTURES INDUSTRY ASSOCIATION, THE MANAGED FUNDS ASSOCIATION, AND THE AMERICAN INVESTMENT COUNCIL FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE***

Before the Court is the Unopposed Motion for Leave to File a Brief as *Amici Curiae* filed by the Securities Industry and Financial Markets Association, the Futures Industry Association, the Managed Funds Association, and the American Investment Council.  Having considered the motion, the Court finds that it is well taken and GRANTS the motion.  It is therefore ORDERED that the *amicus* brief is considered filed.

Signed this _____ day of _____, 2024.

_____
United States District Judge