IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 3:24-CV-00986-E |
| FEDERAL TRADE COMMISSION, | § § § § § § | |
| Defendant. | | |

# ORDER GRANTING UNOPPOSED MOTION OF THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, THE FUTURES INDUSTRY ASSOCIATION, THE MANAGED FUNDS ASSOCIATION, AND THE AMERICAN INVESTMENT COUNCIL FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE*

Before the Court is the Unopposed Motion for Leave to File a Brief as *Amici Curiae* filed by the Securities Industry and Financial Markets Association, the Futures Industry Association, the Managed Funds Association, and the American Investment Council. (ECF No. 57). Having considered the motion, the Court finds that it is well taken and **GRANTS** the motion. It is therefore **ORDERED** that the *amicus* brief, (ECF No. 57-2), is considered filed.

**SO ORDERED:** May 16, 2024.

ADA BROWN
UNITED STATES DISTRICT JUDGE