# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Ryan, LLC, et al. <br> *Plaintiff* <br><br> v. <br><br> Federal Trade Commission <br> *Defendant* | § § § § § § § § §   Case No. 3:24-cv-986 |

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Epstein Becker Green, P.C._____, with offices at

125 High Street, Suite 2114
(Street Address)

Boston                                MA                    02110
(City)                               (State)              (Zip Code)

617-603-1100                         617-249-1573
(Telephone No.)                      (Fax No.)


**II.** Applicant will sign all filings with the name  Erik W. Weibust.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

See Exhibit A


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Massachusetts_____, where Applicant regularly practices law.

Bar license number: 663270    Admission date: November 16, 2006

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Not applicable. | Not applicable. | Not applicable. |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

Not applicable.

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

Not applicable.

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

Not applicable.

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

Not applicable.   Not applicable.

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Edward J. Loya, Jr.                                  , who has offices at

100 Crescent Court, Suite 700
(Street Address)

Dallas                         TX             75201
(City)                         (State)        (Zip Code)

214-930-3735
(Telephone No.)                (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   16   day of May                  , 2024     .

Erik W. Weibust
Printed Name of Applicant

*/s/ Erik W. Weibust*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.