# EXHIBIT A

1. National Retail Federation

2. National Federation of Independent Business Small Business Legal Center, Inc.

3. International Franchise Association

4. Associated Builders and Contractors, Inc.

5. American Hotel & Lodging Association

6. National Association of Wholesaler-Distributors

7. Independent Electrical Contractors

8. Consumer Technology Association

9. United States Council for International Business

10. The Home Care Association of America

11. The Restaurant Law Center