## UNITED STATES DISTRICT COURT
### District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court,

certify that **Erik W Weibust**, Bar **663270**,

was duly admitted to practice in this Court on

**November 16, 2006**, and is in good standing

as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **May 16, 2024**



*Robert M. Farrell*
**CLERK**