# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF**

**GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court,

certify that **Katherine G. Rigby**, Bar **676436**,

was duly admitted to practice in this Court on

**April 27, 2010**, and is in good standing

as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **May 16, 2024**



_Robert M. Farrell_
CLERK