IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:24-CV-00986-E |
| FEDERAL TRADE COMMISSION, | § § § | |
| Defendant. | § § § § | |

## ORDER GRANTING MOTION OF THE SECURITIES INDUSTRY AND FINANCIAL MARKETS ASSOCIATION, THE FUTURES INDUSTRY ASSOCIATION, THE MANAGED FUNDS ASSOCIATION, AND THE AMERICAN INVESTMENT COUNCIL FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is the Motion for Leave to Proceed Without Local Counsel filed by *amici curiae* the Securities Industry and Financial Markets Association, the Futures Industry Association, the Managed Funds Association, and the American Investment Council. (ECF No. 56). Having considered the motion, the Court find that it is well taken and **GRANTS** the motion. It is therefore **ORDERED** that *amici curiae* may proceed in this matter without local counsel.

**SO ORDERED:** May 17, 2024.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE