# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, § § § Plaintiff § § v. § § FEDERAL TRAE COMMISSION, § § Defendant. § § § | Civil Action No. 3:24-CV-00986-E<br><br>Hon. Ada Brown |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF THE SOCIETY FOR HUMAN RESOURCE MANAGEMENT FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S AND INTERVENORS' MOTIONS FOR STAY AND PRELIMINARY INJUNCTION**

Before the Court is the unopposed motion of the Society for Human Resource Management for leave to file a brief *amicus curiae* in support of Plaintiff's and Intervenors' motions for a stay and a preliminary injunction. Local Rule 7.2(b) allows an *amicus* brief to be filed with "leave of the presiding judge." Good cause appearing therefor, the motion is GRANTED.

**SO ORDERED.**

_____, 2024

_____
UNITED STATES DISTRICT JUDGE

311320376v.1