UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Ryan, LLC　　　　　　　　　　　　§
　　　*Plaintiff*　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
　　　　v.　　　　　　　　　　　　§　　Case No. 3:24-cv-00986-E
　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　§
Federal Trade Commission　　　　　§
　　　*Defendant*　　　　　　　　　§

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**　Applicant is an attorney and a member of the law firm of (or practices under the name of)

Davis Polk & Wardwell LLP, with offices at

450 Lexington Avenue
(Street Address)

New York　　　　　　　　　　　New York　　　　　10017
(City)　　　　　　　　　　　　　(State)　　　　　　(Zip Code)

212 450 4000
(Telephone No.)　　　　　　　　　(Fax No.)

**II.**　Applicant will sign all filings with the name Christopher Lynch.

**III.**　Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

The Partnership for New York City

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of __State of New York__, where Applicant regularly practices law.

Bar license number: 4631651     Admission date: 10/22/2008

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court, S.D. New York | 10/22/2008 | Active |
| U.S. Court of Appeals, Seventh Cir. | 10/12/2018 | Active |
| U.S. District Court, E.D. Colorado | 11/24/2019 | Active |
| U.S. District Court E.D. New York | 12/18/12 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

See Motion for Leave to File without local counsel under Local Rule 83.10, who has offices at

_____
(Street Address)

_____
(City)          (State)          (Zip Code)

_____
(Telephone No.)          (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   24   day of May, 2024.

Christopher Lynch
Printed Name of Applicant

/s/ Christopher Lynch
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.