# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　Defendant. | No. 3:24-cv-00986-E |

### ORDER GRANTING MOTION OF THE PARTNERSHIP FOR NEW YORK CITY TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is the Motion for Leave to Proceed Without Local Counsel filed by *amicus curiae* the Partnership for New York City.  Having considered the motion, the Court finds that it is well taken and GRANTS the motion.  It is therefore ORDERED that *amicus curiae* may proceed in this matter without local counsel.

2

Signed this_____day of_____, 2024.

_____

United States District Judge