UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>  Defendant. | No. 3:24-cv-00986-E |

### ORDER GRANTING UNOPPOSED MOTION OF THE PARTNERSHIP FOR NEW YORK CITY FOR LEAVE TO FILE A BRIEF AS *AMICIUS CURIAE*

Before the Court is the Unopposed Motion for Leave to File a Brief as *Amicus Curiae* filed by the Partnership for New York City. Having considered the motion, the Court finds that it is well taken and GRANTS the motion.  It is therefore ORDERED that the *amicus* brief is considered filed.

2

Signed this_____day of_____, 2024.

                                                                                                       _____  
                                                                                                       United States District Judge