IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>      Plaintiff<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>      Defendant. | Civil Action No. 3:24-CV-00986-E |

**ORDER GRANTING UNOPPOSED MOTION
OF THE SOCIETY FOR HUMAN RESOURCE MANAGEMENT
FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF
PLAINTIFF'S AND INTERVENORS' MOTIONS FOR STAY AND
PRELIMINARY INJUNCTION**

Before the Court is the unopposed motion of the Society for Human Resource Management for leave to file a brief *amicus curiae* in support of Plaintiff's and Intervenors' motions for a stay and a preliminary injunction. (ECF No. 65). Local Rule 7.2(b) allows an *amicus* brief to be filed with "leave of the presiding judge." Good cause appearing therefor, the motion is GRANTED.

**SO ORDERED:** May 28, 2024.

                                                          Ada E. Brown
                                                          UNITED STATES DISTRICT JUDGE