UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>      Defendant. | No. 3:24-cv-00986-E |

## ORDER GRANTING UNOPPOSED MOTION OF THE PARTNERSHIP FOR NEW YORK CITY FOR LEAVE TO FILE A BRIEF AS *AMICIUS CURIAE*

Before the Court is the Unopposed Motion for Leave to File a Brief as *Amicus Curiae* filed by the Partnership for New York City. (ECF No. 68). Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that the *amicus* brief is considered filed.

SO ORDERED: May 28, 2024.

                                            Ada E. Brown
                                            UNITED STATES DISTRICT JUDGE