**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**


Ryan, LLC, §
    *Plaintiff* §
     §
     §
    v. §  Case No.  3:24-cv-00986-E
     §
     §
Federal Trade Commission §
    *Defendant* §


**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)


**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Davis Polk & Wardwell LLP            , with offices at

450 Lexington Avenue
(Street Address)

New York       New York   10017
(City)         (State)   (Zip Code)

212 450 4000
(Telephone No.)        (Fax No.)


**II.**  Applicant will sign all filings with the name  Arthur J. Burke     .


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

The Partnership for New York City



to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**     Applicant is a member in good standing of the bar of the highest court of the state of

_____State of New York_____, where Applicant regularly practices law.

Bar license number: _2633980_          Admission date: _8/8/1994_____

| For Court Use Only. |
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| State of California | 12/23/2003 | Active |
| US Court of Appeals, D.C. Circuit | 02/29/2000 | Active |
| see attached | N/A | Active |
| see attached | N/A | Active |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**     Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**     Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:           Case No. And Style:

 N/A_____      _____

_____      _____

_____      _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

 Motion for leave to file without local counsel filed under Local Rule 83.10_____, who has offices at

_____
(Street Address)

_____    _____    _____
(City)                                          (State)           (Zip Code)

_____    _____
(Telephone No.)                                 (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    28    day of May_____, 2024\_\_\_\_\_.

 Arthur J. Burke_____
Printed Name of Applicant

/s/ Arthur J. Burke.

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

| Title of Court | Date Admitted |
|---|---|
| U.S. Court of Appeals, First Circuit | 06/30/16 |
| U.S. Court of Appeals, Second Circuit | 10/21/2013 |
| U.S. Court of Appeals, Third Circuit | 12/16/2014 |
| U.S. Court of Appeals, Fifth Circuit | 9/23/2015 |
| U.S. Court of Appeals, Seventh Circuit | 10/26/2018 |
| U.S. Court of Appeals, Eighth Circuit | 8/7/2007 |
| U.S. Court of Appeals, Ninth Circuit | 10/12/2007 |
| U.S. District Court, C.D. California | 10/30/2007 |
| U.S. District Court, E.D. California | 12/15/2008 |
| U.S. District Court, N.D. California | 2/5/2004 |
| U.S. District Court, Colorado | 3/8/2001 |
| U.S. District Court, S.D. New York | 6/8/1999 |
| U.S. Supreme Court | 9/10/2021 |