UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| _____ <br> *Plaintiff* <br><br> v. <br><br> _____ <br> *Defendant* | § <br> § <br> § <br> § <br> §    Case No. _____ <br> § <br> § <br> § <br> § <br> § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____
(Street Address)

_____  _____  _____
(City)                                                                                    (State)                     (Zip Code)

_____  _____
(Telephone No.)                                                                   (Fax No.)

**II.** Applicant will sign all filings with the name _____.

**III.** Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:
_____

Bar license number:_____   Admission date:_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is _____, who has offices at

_____
(Street Address)

_____
(City)    (State)    (Zip Code)

_____
(Telephone No.)    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the _____ day of _____, _____.

_____
Printed Name of Applicant

/s/ Marcus L. Mintz
_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# EXHIBIT A

## MARCUS L. MINTZ COURT ADMISSIONS

| Court | Active and in Good Standing | Address | Admission Date |
|---|---|---|---|
| Supreme Court of Illinois ARDC No. 6290255 | Yes | 200 E. Capital Ave. Springfield, IL 62701 | 11/09/06 |
| United States District Court, Northern District of Illinois Trial Bar - Admitted to Trial Bar on 06/18/14 | Yes | Everett McKinley Dirksen U.S. Courthouse 219 South Dearborn Street Chicago, IL 60604 | 01/11/07 |
| United States District Court, Eastern District of Wisconsin | Yes | 362 U.S. Courthouse 517 East Wisconsin Avenue Milwaukee, WI 53202 | 10/20/14 |
| United States District Court, Western District of Michigan | Yes | 399 Federal Building 110 Michigan Street NW Grand Rapids, MI 49503 | 08/06/18 |
| U.S. Ct. of Appeals, 6th Circuit | Yes | 540 Potter Stewart U.S. Courthouse 100 E. Fifth Street Cincinnati, OH 45202 | 08/21/18 |
| Supreme Court of the U.S., Washington, D.C. | Yes | 1 1st St. NE Washington, D.C. 20543 | 08/21/18 |
| Supreme Court of Colorado Bar Reg # 53174 | Yes | 2 E 14th Ave, Denver, CO 80202 | 03/05/19 |

71783227v.1

| United States District Court, District of Colorado (53174) | Yes | Room A-105 Alfred A. Arraj US Courthouse 901 19th Street Denver, CO 80294 | 9/18/2020 |
|---|---|---|---|

71783227v.1

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Marcus Levi Mintz

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 1st day of May, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois