# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, <br><br>　　Plaintiff, <br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERCIA, *et al.*, <br><br>　　Plaintiff-Intervenors, <br><br>v. <br><br>FEDERAL TRADE COMMISSION, <br><br>　　Defendant. | CASE NO.: 3:24-CV-986-E |

## [PROPOSED] ORDER

The parties' joint motion for leave to file joint appendix containing cited portions of the administrative record is HEREBY GRANTED. By June 14, 2024 for the pending motions to stay, and within 14 days after the close of briefing for each subsequent motion for which briefs filed by any party rely on the record, the parties shall file a joint appendix containing only the cited portions of the record.

　　SO ORDERED.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　ADA BROWN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE