UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>　　　　Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　　　v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　Defendant. | No. 3:24-cv-00986-E |

**ORDER GRANTING CONSENT MOTION
OF PUBLIC CITIZEN AND NATIONAL EMPLOYMENT LAW PROJECT
FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE
IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS'
MOTIONS FOR STAY OF EFFECTIVE DATE AND PRELIMINARY
INJUNCTION**

Before the Court is the Consent Motion of Public Citizen and National Employment Law Project for Leave to File a Brief as Amici Curiae in Support of Defendant's Response to Plaintiffs' Motions for Stay of Effective Date and Preliminary Injunction.

Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that the amicus brief is considered filed.

Signed this _____ day of _____, 2024.

_____
United States District Judge