UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN, LLC<br>*Plaintiff*<br><br>v.<br><br>FEDERAL TRADE COMMISSION<br>*Defendant* | §<br>§<br>§<br>§<br>§ Case No. 3:24-V-00986-E<br>§<br>§<br>§<br>§ |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Seyfarth Shaw LLP                                      , with offices at

233 S. Wacker Drive, Suite 8000
(Street Address)

Chicago                              IL                    60606
(City)                               (State)               (Zip Code)

(312) 460-5000                       (312) 460-7000
(Telephone No.)                      (Fax No.)


II.  Applicant will sign all filings with the name Michael D. Wexler                    .


III. Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

The Society for Human Resource Management




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of _____Illinois_____, where Applicant regularly practices law.

Bar license number: 6207847    Admission date: November 7, 1991

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| See attached Exhibit A | | |
| | | |
| | | |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:    Case No. And Style:

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Tricia W. Macaluso, Seyfarth Shaw LLP, who has offices at

2323 Ross Avenue, Suite 1600
(Street Address)

Dallas                                        TX                75201
(City)                                        (State)           (Zip Code)

(469) 608-6700                                (214) 853-4289
(Telephone No.)                               (Facsimile No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   30th   day of May            , 2024      .

Michael D. Wexler
Printed Name of Applicant

*/s/ Michael D. Wexler*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

# EXHIBIT A

# EXHBIIT A
# MICHAEL D. WEXLER'S COURT ADMISSIONS

| Court | Active and in Good Standing | Address | Admission Date |
|---|---|---|---|
| USDC, Dist. of CO | Yes | Room A-105 Alfred A. Arraj US Courthouse 901 19th Street Denver, CO 80294 | 5/19/08 |
| S.Ct. of Illinois ARDC No. 6207847 | Yes | 200 E. Capital Ave. Springfield, IL 62701 | 11/07/91 |
| USDC, ND IL Trial Bar - Admitted to Trial Bar on 7/24/96 | Yes | Everett McKinley Dirksen U.S. Courthouse 219 South Dearborn Street Chicago, IL 60604 | 12/19/91 |
| USDC CD of IL | Yes | 100 NE Monroe Street Peoria, IL 61602 | 05/06/97 |
| USDC, SD IL | Yes | 750 Missouri Avenue East St. Louis, IL 62201 | 1/13/03 |
| USDC, ND IN | Yes | 5400 Federal Plaza Hammond, IN 46320 | 2/23/04 |
| USDC, ED MI | Yes | 231 W. Lafayette Blvd., Detroit, MI 48226 | 5/1/13 |
| USDC, WD of MI | Yes | 399 Federal Building 110 Michigan Street NW Grand Rapids, MI 49503 | 05/20/10 |
| USDC, WD TN | Yes | 167 N. Main Street Room 242 Memphis, TN 38103 | 10/4/10 |
| USDC, ED WI | Yes | 362 U.S. Courthouse 517 East Wisconsin Avenue Milwaukee, WI 53202 | 09/19/02 |

11/5/2020
8285785v.1

| | | | |
|---|---|---|---|
| U.S. Ct. of Appeals, 3rd Circuit | Yes | 21400 U.S. Courthouse<br>601 Market Street<br>Philadelphia PA  19106 | 5/6/11 |
| U.S. Ct. of Appeals, 5th Circuit | Yes | 600 Camp Street<br>New Orleans, LA  70130 | 7/25/16 |
| U.S. Ct. of Appeals, 6th Circuit | Yes | 540 Potter Stewart U.S. Courthouse<br>100 E. Fifth Street<br>Cincinnati, OH  45202 | 1/06/11 |
| U.S. Ct. of Appeals, 7th Circuit | Yes | Everett McKinley Dirksen U.S. Courthouse<br>219 South Dearborn Street, Room 2722<br>Chicago, IL 60604 | 02/14/97 |
| U.S. Ct. of Appeals, 9th Circuit | Yes | 95 Seventh Street<br>San Francisco, CA  94103 | 02/27/19 |
| Supreme Court of the U.S., Washington, D.C. | Yes | 1 1st St. NE<br>Washington, D.C. 20543 | 5/20/13 |

8285785v.1



**Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org**

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
5/29/2024

Re: Michael Dale Wexler
Attorney No. 6207847

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Michael Dale Wexler was admitted to practice law in Illinois on 11/7/1991; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: *[signature]*

Andrew Oliva
Registrar