UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RYAN, LLC,

*Plaintiff,*

CHAMBER OF COMMERCE OF THE
UNITED STATES OF AMERICA, *et al.*,

*Plaintiff-Intervenors,*

v.

FREDERAL TRADE COMMISSION,

*Defendant*

NO. 3:24-CV-986-E

## ORDER GRANTING UNOPPOSED MOTION OF *AMICI CURIAE* LAW PROFESSORS TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is the Motion for Leave to Proceed Without Local Counsel filed by *amici curiae* Law Professors. Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that *amici curiae* may proceed in this matter without local counsel.

Signed this _____ day of _____, 2024.

_____
United States District Judge