IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC., <br><br> Plaintiff, <br><br> CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | Case No. 3:24-cv-00986-E |

## ORDER GRANTING MOTION OF PROFESSORS WILLIAM ARAIZA, JEFFREY LUBBERS, AND PETER M. SHANE FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is the Motion to Proceed Without Local Counsel filed by Professors William Araiza, Jeffrey Lubbers, and Peter M. Shane. The motion is hereby GRANTED. It is therefore ORDERED that *amici curiae* may proceed in this matter without local counsel.

So Ordered: _____, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE