# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

RYAN, LLC,
*et al.*,

       Plaintiffs and Plaintiff-Intervenors,

v.

FEDERAL TRADE COMMISSION,

      Defendant.

_____

Case No. 3:24-cv-986-E

## UNOPPOSED MOTION OF TWELVE TEXAS LOCAL ELECTED OFFICIALS FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE*

'

Amici curiae, twelve current and former Texas local elected officials, respectfully submit this motion for leave to file the attached brief in opposition to the pending Motions to Stay Effective Date and Preliminary Injunction, ECF 23 and 46, pursuant to Local Rule 7.2(b). All parties consent to the filing of this brief.

Amici are local elected officials from cities across Texas, representing a variety of communities with a range of local economies, needs, and perspectives. As local elected leaders, amici are dedicated to creating healthy economic conditions for our constituents, which includes ample job opportunities and rights for workers. The FTC's Final Rule is well suited to promote economic activity and provide protections for workers. By limiting the free movement of labor in our communities, noncompete agreements impede small-business formation and innovation, undermine patient care, and restrict wages.

"The extent to which the court permits or denies amicus briefing lies solely within the court's discretion." *Texas v. United States*, No. 6:21-CV-00003, 2021 WL 2172837 (S.D. Tex. Mar. 5, 2021) quoting *U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007). A court may grant leave to allow *amicus* briefing if the information offered is timely and useful. *Waste Mgmt. of Pennsylvania, Inc. v. City of York*, 162 F.R.D. 34, 36 (M.D. Pa. 1995).

*Amici* respectfully submit that the attached proposed brief will be useful to the Court in resolving the pending motions. The substance of the brief directly addresses the issue before the Court, emphasizing the necessity for the FTC's Final Rule to protect economic growth in our jurisdictions and provide crucial rights for our constituents. Moreover, the proposed brief will not cause delay and will be filed to allow appropriate time for the Court's review ahead of its decision.

## **CONCLUSION**

For the reasons described above, *amici* Local Officials respectfully ask the

Court to grant leave to file the attached brief in opposition of Plaintiff's Motions.

Respectfully submitted,

/s/ Darren P. Nicholson
Darren P. Nicholson (SBN 24032789)
Warren T. Burns (SBN 24053119)
Kyle Oxford (SBN 24095806)
**BURNS CHAREST, LLP**
900 Jackson St., Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com
dnicholson@burnscharest.com
koxford@burnscharest.com

Joshua A. Rosenthal*
Eushrah Hossain*
**PUBLIC RIGHTS PROJECT**
490 43rd Street, Unit #115
Oakland, CA 94609
Tel. (510) 738-6788
josh@publicrightsrproject.org
eushrah@publicrightsproject.org

**Counsel for** *Amici Curiae*

*Pro hac vice* application forthcoming.

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 30, 2024, I conferred with counsel for Plaintiff, counsel for Plaintiffs-Intervenors, and counsel for the FTC regarding the above motion. Counsel for Plaintiff, Plaintiffs-Intervenors, and the FTC consent to the relief requested.

/s/ Darren P. Nicholson
Darren P. Nicholson

## CERTIFICATE OF SERVICE

I certify that on May 31, 2024, I electronically filed this document using the ECF System, which will send notification to the ECF counsel of record.

/s/ Darren P. Nicholson
Darren P. Nicholson