IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, *et al.*, <br><br> Plaintiffs and Plaintiff-Intervenors, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | Case No. 3:24-cv-986-E |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF TWELVE TEXAS LOCAL ELECTED OFFICIALS FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE*

Before the Court is the Unopposed Motion of Twelve Texas Local Elected Officials for Leave to File a Brief as *Amici Curiae* (the Motion). Local Rule 7.2(b) allows an amicus brief to be filed with "leave of the presiding judge." Good cause appearing therefor, the Motion is hereby GRANTED, and it is ORDERED that the amicus brief attached to the Motion is considered filed.

Signed this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

1