# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC., <br><br> Plaintiff, <br><br> CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al., <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | Case No. 3:24-cv-00986-E |

## ORDER GRANTING UNOPPOSED MOTION OF PROFESSORS WILLIAM ARAIZA, JEFFREY LUBBERS, AND PETER M. SHANE FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE

Before the Court is the Unopposed Motion for Leave to File a Brief as *Amici Curiae* filed by Professors William Araiza, Jeffrey Lubbers, and Peter M. Shane. (ECF No. 100). The motion is hereby GRANTED. It is hereby ORDERED that the *amicus* brief submitted with the motion is considered filed.

So Ordered: May 31, 2024.

*[signature]*
Ada E. Brown
UNITED STATES DISTRICT JUDGE