# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>　　Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>　　Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　Defendant. | CASE NO.: 3:24-CV-986-E<br><br>Hon. Ada Brown |

## ORDER GRANTING UNOPPOSED MOTION OF THE TEXAS AFL-CIO FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTIONS FOR STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION

　　Before the Court is the unopposed motion of the Texas American Federation of Labor and Congress of Industrial Organizations ("Texas AFL-CIO") for leave to file a brief as *amicus curiae* in support of Defendant's Response to Plaintiffs' motions for a stay and a preliminary injunction. Upon due consideration, the Court GRANTS the motion and the *amicus* brief is considered filed.

1

**SO ORDERED on** _____, 2024:

_____
UNITED STATES DISTRICT JUDGE