UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>    Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.,*<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | CASE NO.: 3:24-CV-986-E<br><br>Hon. Ada Brown |

**ORDER GRANTING UNOPPOSED
MOTION OF THE TEXAS AFL-CIO
FOR LEAVE TO FILE A BRIEF AS *AMICUS CURIAE* IN SUPPORT
OF DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTIONS FOR
STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION**

Before the Court is the unopposed motion of the Texas American Federation of Labor and Congress of Industrial Organizations ("Texas AFL-CIO") for leave to file a brief as *amicus curiae* in support of Defendant's Response to Plaintiffs' motions for a stay and a preliminary injunction. (ECF No. 109). Upon due consideration, the Court GRANTS the motion and the *amicus* brief is considered filed.

**SO ORDERED**: June 3, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE