UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, *Plaintiff,* CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, *Plaintiff-Intervenors,* v. FREDERAL TRADE COMMISSION, *Defendant* | NO. 3:24-CV-986-E |

**ORDER GRANTING UNOPPOSED MOTION OF PROFESSORS TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANT THE FEDERAL TRADE COMMISSION'S OPPOSITION TO PLAINTIFF'S AND INTERVENORS' MOTIONS FOR A PRELIMINARY INJUNCTION**

Before the Court is the Motion of Professors for Leave to File Brief *Amici Curiae* in Support of Defendant the Federal Trade Commission's Opposition to Plaintiff's and Intervenors' Motions for a Preliminary Injunction. Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that *amici curiae* may file their brief in Support of Defendant the Federal Trade Commission.

Signed this _____ day of _____, 2024.

_____
United States District Judge