# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>    *Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    *Defendant*. | Civil Action No. 3:24-cv-0986-E |

## [PROPOSED] ORDER

Upon consideration of the unopposed motion of U.S. Representative Matt Gaetz for leave to file a proposed brief as *amicus curiae*,

**IT IS HEREBY ORDERED** that the motion is granted and the amicus brief is accepted for filing.

_____  _____
DATE                Ada Brown
                    U.S. District Court Judge