**CLEARY GIACOBBE ALFIERI JACOBS LLC**
169 Ramapo Valley Road
Upper Level 105
Oakland, New Jersey 07436
Tel: 973-845-6700
Fax: 201-644-7601
John M. Tuntevski, Esq. (Attorney ID No. 030182006)
Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JARRED WEISFELD,<br><br>  Plaintiff,<br>v.<br><br>BERKELEY HEIGHTS SUPERINTENDENT OF SCHOOLS DR. MELISSA VARLEY, Individually and as Superintendent; BERKELEY HEIGHTS SCHOOL DISTRICT and BERKELEY HEIGHTS SCHOOL BOARD; and JOHN DOES 1 through 50, fictitious named defendants, jointly, several, and in the alternative,<br><br>  Defendants. | CIVIL ACTION NO.<br>2:23-cv-22316-MCA-ESK<br><br>**CONSENT ORDER**<br>**REMANDING MATTER** |

This matter having been initiated by Plaintiff, through his counsel, Shain Schaffer, P.C., in the Superior Court of New Jersey, Law Division, Union County, under Docket No. UNN-L-3385-23 and filed on October 13, 2023. A First Amended Complaint thereafter being filed on October 16, 2023, and Cleary Giacobbe Alfieri Jacobs LLC, counsel for the Defendants, filing a Notice of Removal on November 13, 2023, thereby opening the matter to this Court. An initial conference having occurred before the

Court on November 27, 2023, and thereafter the parties having agreed that the appropriate venue is in the Superior Court of New Jersey, therefore:

**IT IS ON THIS** **7th** day of **December**, 2023;

**HEREBY ORDERED:**

1. That this matter is hereby REMANDED to the Superior Court of New Jersey, Law Division, Union County, under Docket No. UNN-L-3385-23; and

2. That the time within which Defendants may file an Answer or otherwise plead is hereby extended 20 days from the entry of this Order.

_____
Hon. Madeline Cox Arleo
United States District Judge

The parties hereby consent to the
form and entry of the within Order:

| | |
|---|---|
| SHAIN SCHAFFER<br>Attorneys for Plaintiff | CLEARY GIACOBBE ALFIERI JACOBS<br>Attorneys for Defendants |
| By: _____<br>    Raymond J. Stine, Esq. | By: */s/ John M. Tuntevski, Esq.*<br>    John M. Tuntevski, Esq. |
| Dated: | Dated: November 28, 2023 |