UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| RYAN, LLC,<br><br>*Plaintiff,*<br><br>CHAMBER OF COMMERCE OF THE<br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiff-Intervenors,*<br><br>v.<br><br>FREDERAL TRADE COMMISSION,<br><br>*Defendant* | NO. 3:24-CV-986-E |

## ORDER GRANTING UNOPPOSED MOTION OF PROFESSORS TO FILE BRIEF *AMICI CURIAE* IN SUPPORT OF DEFENDANT THE FEDERAL TRADE COMMISSION'S OPPOSITION TO PLAINTIFF'S AND INTERVENORS' MOTIONS FOR A PRELIMINARY INJUNCTION

Before the Court is the Motion of Professors for Leave to File Brief *Amici Curiae* in Support of Defendant the Federal Trade Commission's Opposition to Plaintiff's and Intervenors' Motions for a Preliminary Injunction. (ECF No. 117). Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that *amici curiae* may file their brief in Support of Defendant the Federal Trade Commission.

Signed this 4th day of June, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE