IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>*Defendant*. | Civil Action No. 3:24-cv-0986-E |

**[PROPOSED] ORDER GRANTING MOTION OF *AMICUS* MATT GAETZ TO WAIVE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 83.10**

Upon consideration of the motion of *Amicus Curiae* Members of Congress Matt Gaetz for leave to proceed without local counsel,

**IT IS HEREBY ORDERED** that the motion is granted, and *Amicus* Matt Gaetz is excused from the requirement of Local Rule 83.10 to obtain local counsel.

_____      _____
DATE                                                                    Ada Brown
                                                                                     U.S. District Court Judge