# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, *Plaintiff*, v. FEDERAL TRADE COMMISSION, *Defendant*. | Civil Action No. 3:24-cv-0986-E |

# ORDER

Upon consideration of the unopposed motion of U.S. Representative Matt Gaetz for leave to file a proposed brief as *amicus curiae*,

**IT IS HEREBY ORDERED** that the motion, (ECF No. 118), is granted and the amicus brief is accepted for filing.

SO ORDERED: June 4, 2024.

*[signature]*

Ada E. Brown
UNITED STATES DISTRICT JUDGE