# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>    Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | CASE NO.: 3:24-CV-986-E |

**[PROPOSED] ORDER GRANTING MOTION OF *AMICUS* AMERICAN ACADEMY OF EMERGENCY MEDICINE TO WAIVE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 83.10**

Upon consideration of the motion of a*micus curiae* for leave to proceed without local counsel,

**IT IS HEREBY ORDERED** that the motion is granted, and *amicus* are excused from the requirement of Local Rule 83.10 to obtain local counsel.

_____          _____
DATE                                                                       Ada Brown
                                                                                    U.S. District Court Judge