# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN, LLC, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | Case No. 3:24-v-00986-E |

## ORDER GRANTING SMALL BUSINESS MAJORITY AND EVAN STARR'S UNOPPOSED MOTION FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE*

Before the Court is the Small Business Majority and Evan Starr's Unopposed Motion for Leave to File a Brief as *Amici Curiae* (the Motion). (ECF No. 125). Local Rule 7.2(b) allows an amicus brief to be filed with "leave of the presiding judge." Having considered the Motion, the Court finds that it is well taken. Accordingly, the Motion is hereby GRANTED, and it is ORDERED that the *amicus* brief attached to the Motion is considered filed.

Signed this 5th day of June, 2024.

*/s/ Ada E. Brown*
Ada E. Brown
UNITED STATES DISTRICT JUDGE