# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, <br><br> Plaintiff, <br><br> CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | CASE NO.: 3:24-CV-986-E |

**ORDER GRANTING UNOPPOSED MOTION OF AMERICAN ACADEMY OF EMERGENCY MEDICINE FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF DEFENDANT AND IN OPPOSITION TO PLAINTIFF'S AND INTERVENORS' MOTIONS FOR STAY OF EFFECTIVE DATE AND PRELIMINARY INJUNCTION**

Before the Court is the unopposed motion of the American Academy of Emergency Medicine (AAEM) for leave to file a brief as *amicus curiae* in support of Defendant Federal Trade Commission (FTC) and in opposition to Plaintiff's and Intervenors' motions for stay of effective date and preliminary injunction. (ECF No. 132). Local Rule 7.2(b) allows an *amicus* brief to be filed with "leave of the presiding judge." Good cause appearing therefor, the motion is GRANTED.

*(Signature on Following Page)*

SO ORDERED: June 5, 2024.

                                      Ada E. Brown
                                      UNITED STATES DISTRICT JUDGE