# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RYAN, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:24-CV-00986-E |
| FEDERAL TRAE COMMISSION, | § § | Hon. Ada Brown |
| *Defendant*. | § | |

## NOTICE OF APPEARANCE FOR JESSE M. COLEMAN

Please take notice that the following attorney of the law firm Seyfarth Shaw LLP hereby enters his appearance as an attorney on behalf of *Amicus Curiae* Society for Human Resource Management ("SHRM").

Jesse M. Coleman
Federal I.D. # 1101514
State Bar No. 24072044
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas 77002-2812
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

Dated: June 10, 2024

Respectfully submitted,

*/s/ Jesse M. Coleman*
Tricia W. Macaluso
Texas State Bar No. 24013773
Seyfarth Shaw LLP
2323 Ross Avenue, Suite 1660
Dallas, TX 75201
(469) 608-6700
tmacaluso@seyfarth.com

1

311668058v.1

Michael D. Wexler
Marcus L. Mintz
(appearing *pro hac vice*)
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 2800
Chicago, IL  60606
(312) 460-5000
mwexler@seyfarth.com
mmintz@seyfarth.com

Jesse M. Coleman
Federal I.D. # 1101514
State Bar No. 24072044
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, Texas  77002-2812
(713) 225-2300
jmcoleman@seyfarth.com

Eron F. Reid
Texas State Bar No. 24100320
Seyfarth Shaw LLP
700 Milam Street, Suite 1400
Houston, TX  77002
(713) 225-2300
ereid@seyfarth.com

*Counsel for Amicus Curiae, Society for Human Resource Management*

## CERTIFICATE OF SERVICE

    I hereby certify that, on June 10, 2024, I caused the foregoing document to be filed with the Clerk for the U.S. District Court for the Northern District of Texas through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

    */s/ Jesse M. Coleman*
    Jesse M. Coleman

311668058v.1