IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN LLC, <br><br> Plaintiff, <br><br> CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | Civil Action No. 3:24-CV-00986-E |

## ORDER

In the Court's May 9, 2024, Order, the Court stated that by June 13, 2024, it would notify the Parties if a hearing on the injunctive relief would be necessary. (ECF No. 34). After carefully reviewing the Parties' briefing and arguments filed in this matter as related to the request(s) for injunctive relief, the Court determines that a hearing on the requested injunctive relief is not necessary. Thus, the Court **DENIES** the request for a hearing on injunctive relief. The Court shall determine the request(s) for injunctive relief on the Parties' filed briefing.

**SO ORDERED:** June 13, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE