# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, <br><br> Plaintiff, <br><br> CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiff-Intervenors, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | CASE NO.: 3:24-CV-986-E |

## JOINT MOTION TO SUSPEND DEFENDANT'S RESPONSIVE PLEADING DEADLINES

The parties respectfully request that the Court suspend Defendant's deadlines to file responsive pleadings to Plaintiff's and Plaintiff-Intervenors' operative complaints, which are currently June 28, 2024 and July 8, 2024, respectively, in light of the pending motions for a stay of effective date and preliminary injunction. The parties further propose that, within fourteen days of this Court's decision on those motions, the parties file a joint status report proposing next steps in the case. Good cause exists to suspend the responsive pleading deadlines at this juncture:

1

1.       Plaintiff Ryan, LLC filed its complaint on April 23, 2024, challenging the Federal Trade Commission's Non-Compete Clause Rule, 89 Fed. Reg. 38,342 (May 7, 2024) (Rule). ECF No. 1. Ryan served the complaint on the United States Attorney's Office on April 29. ECF No. 17. On May 1, Ryan filed an amended complaint. ECF No. 22. Defendant's responsive pleading to Ryan's amended complaint is due on June 28. *See* Fed. R. Civ. P. 12(a)(2); *id.* 15(a)(3).

2.       On May 8, Plaintiff-Intervenors the United States Chamber of Commerce, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce moved to intervene as plaintiffs. ECF No. 33. On May 9, this Court granted Plaintiff-Intervenors' motion, ECF No. 34, and that day, Plaintiff-Intervenors filed their complaint, ECF No. 37. Defendant's responsive pleading to Plaintiff-Intervenors' complaint is due on July 8. *See* Fed. R. Civ. P. 12(a)(2).

3.       Plaintiff and Plaintiff-Intervenors both moved for a stay of the Rule's effective date and preliminary injunction. ECF Nos. 23, 46. Those motions are fully briefed, and this Court has indicated that it anticipates issuing a ruling by July 3. ECF Nos. 31, 34.

4.       Defendant submits that preparing and filing responsive pleadings to Plaintiff's and Plaintiff-Intervenors' operative complaints by June 28 and July 8, respectively, in light of this Court's forthcoming ruling on Plaintiff's and Plaintiff-Intervenors' motions, would not be an efficient use of Defendant's resources.

5. Furthermore, the parties agree that this Court's ruling on the pending motions will likely inform next steps in the litigation, including the utility and timing of responsive pleadings. As such, the parties propose that within fourteen days of this Court's ruling on the pending motions, the parties meet and confer and file a joint status report proposing how the litigation should proceed thereafter.

6. This is the first extension of the responsive pleading deadlines that Defendant has sought. This extension will not impact any current deadlines in the case.

WHEREFORE, the parties respectfully request that the Court suspend Defendant's deadlines to file responsive pleadings to Plaintiff's and Plaintiff-Intervenors' operative complaints, and the parties further propose that, within fourteen days of this Court's decision on those motions, the parties file a joint status report proposing next steps in the case.

Dated: June 25, 2024                                   Respectfully submitted,

| | |
|---|---|
| */s/ Allyson N. Ho* | BRIAN M. BOYNTON |
| Allyson N. Ho (Texas Bar No. 24033667) | Principal Deputy Assistant Attorney General |
| Elizabeth A. Kiernan (Texas Bar No. 24105666) | LESLEY R. FARBY |
| GIBSON, DUNN & CRUTCHER LLP | Assistant Branch Director |
| 2001 Ross Avenue, Suite 2100 | |
| Dallas, TX 75201 | */s/ Arjun Mody* |
| Tel: (214) 698-3100 | RACHAEL L. WESTMORELAND |
| Aho@gibsondunn.com | TAISA M. GOODNATURE |
| ekiernan@gibsondunn.com | MADELINE M. MCMAHON |
| | ARJUN MODY (DC # 90013383) |

Case 3:24-cv-00986-E   Document 150   Filed 06/25/24   Page 4 of 6   PageID 3399

Eugene Scalia (DC Bar No. 447524)
Amir C. Tayrani (DC Bar No. 490994)
Andrew G. I. Kilberg (DC Bar No. 187668)
Aaron Hauptman (DC Bar No. 1735525)
Joshua R. Zuckerman (DC Bar No. 1724555)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500
escalia@gibsondunn.com
atayrani@gibsondunn.com
akilberg@gibsondunn.com
ahauptman@gibsondunn.com
jzuckerman@gibsondunn.com

*Counsel for Plaintiff Ryan, LLC*

 /s/ Robert L. Sayles 
Robert L. Sayles (Texas Bar No. 24049857)
Boyce Holleman (Texas Bar No. 24126727)
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
Tel: (214) 257-9800
Fax: (214) 939-8787
rsayles@bradley.com
bholleman@bradley.com

Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 451-7723
E-mail: arjun.a.mody@usdoj.gov

*Counsel for Defendant Federal Trade Commission*

4

Jeffrey B. Wall (Georgia Bar No. 750427)
Judson O. Littleton (D.C. Bar No. 1027310)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006-5215
Tel:  (202) 956-7000
wallj@sullcrom.com
littletonj@sullcrom.com

Jordan L. Von Bokern (D.C. Bar No. 1032962)
Tyler S. Badgley (D.C. Bar No. 1047899)
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, D.C.  20062
Tel:  (202) 463-5337
jvonbokern@uschamber.com
tbadgley@uschamber.com

Liz Dougherty (D.C. Bar No. 457352)
BUSINESS ROUNDTABLE
1000 Maine Avenue SW
Washington, D.C. 20024
202-872-1260
ldougherty@brt.org

*Counsel for Plaintiff-Intervenors Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce*

## CERTIFICATE OF WORD COUNT

This document complies with the Court's word count requirement because it contains 463 words.

Dated: June 25, 2024          */s/ Arjun Mody*
                              ARJUN MODY