## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, <br><br>      Plaintiff, <br><br> CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERCIA, *et al.*, <br><br>      Plaintiff-Intervenors, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br>      Defendant. | CASE NO.: 3:24-CV-986-E |

### [PROPOSED] ORDER

The parties' joint motion to suspend Defendant's responsive pleading deadlines is HEREBY GRANTED. Defendant's deadlines to file responsive pleadings to Plaintiff's and Plaintiff-Intervenors' operative complaints are suspended, and the parties are further directed to file a joint status report proposing next steps in the case within fourteen days of this Court's decision on the pending motions for a stay of effective date and preliminary injunction.

SO ORDERED.

Dated: _____                    _____

                                          ADA BROWN
                                          UNITED STATES DISTRICT JUDGE