# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>　　Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERCIA, *et al.*,<br><br>　　Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　Defendant. | CASE NO.: 3:24-CV-986-E |

## **ORDER**

The parties' joint motion to suspend Defendant's responsive pleading deadlines is HEREBY GRANTED. Defendant's deadlines to file responsive pleadings to Plaintiff's and Plaintiff-Intervenors' operative complaints are suspended, and the parties are further directed to file a joint status report proposing next steps in the case within fourteen days of this Court's decision on the pending motions for a stay of effective date and preliminary injunction.

SO ORDERED: June 25, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ada E. Brown
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE