IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| RYAN, LLC,<br><br>      Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>      Plaintiff-Intervenors,<br><br>    v.<br><br>FEDERAL TRADE COMMISSION,<br><br>      Defendant. | No. 3:24-cv-986-E |

**PLAINTIFF AND PLAINTIFF-INTERVENORS'
NOTICE OF SUPPLEMENTAL AUTHORITIES**

Yesterday, Friday June 28, the Federal Trade Commission posted the Statements of Commissioners Ferguson and Holyoak dissenting from the Commission's adoption of the Rule at issue in this case. Plaintiff and Plaintiff-Intervenors respectfully submit the Statements, which are Exhibits A and B hereto, for the Court's consideration in connection with the pending motions for a stay and preliminary injunction.

1

Dated:  June 29, 2024

/s/ Robert L. Sayles
Robert L. Sayles
Texas Bar No. 24049857
Boyce Holleman
Texas Bar No. 24126727
BRADLEY ARANT BOULT
CUMMINGS LLP
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
Tel: 214.257.9800
rsayles@bradley.com
bholleman@bradley.com

Jeffrey B. Wall (*pro hac vice*)
Judson O. Littleton (*pro hac vice*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
Tel: .202.956.7000
wallj@sullcrom.com
littletonj@sullcrom.com

*Counsel for Plaintiff-Intervenors*

Respectfully submitted,

/s/ Allyson N. Ho
Allyson N. Ho
Texas Bar No. 24033667
Elizabeth A. Kiernan
Texas Bar No. 24105666
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX 75201
Tel: 214.698.3100
aho@gibsondunn.com
ekiernan@gibsondunn.com

Eugene Scalia (*pro hac vice*)
Amir C. Tayrani (*pro hac vice*)
Andrew G. I. Kilberg (*pro hac vice*)
Aaron Hauptman (*pro hac vice*)
Joshua R. Zuckerman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: 202.955.8500
escalia@gibsondunn.com
atayrani@gibsondunn.com
akilberg@gibsondunn.com
ahauptman@gibsondunn.com
jzuckerman@gibsondunn.com

*Counsel for Plaintiff*

*Additional Counsel Listed on Next Page*

Jordan L. Von Bokern (*pro hac vice*)
Tyler S. Badgley (*pro hac vice*)
U.S. CHAMBER LITIGATION CENTER
1615 H Street N.W.
Washington, DC 20062
Tel: 202.463.5337
jvonbokern@uschamber.com
tbadgley@uschamber.com

*Counsel for Plaintiff-Intervenor Chamber of Commerce of United States of America*

Liz Dougherty (*pro hac vice pending*)
BUSINESS ROUNDTABLE
1000 Maine Avenue S.W.
Washington, DC 20024
Tel: 202.872.1260
ldougherty@brt.org

*Counsel for Plaintiff-Intervenor Business Roundtable*

Charles W. Fillmore
Texas Bar No. 00785861
H. Dustin Fillmore III
Texas Bar No. 06996010
THE FILLMORE LAW FIRM LLP
201 Main Street, Suite 700
Fort Worth, TX 76102
Tel: 817.332.2351
chad@fillmorefirm.com
dusty@fillmorefirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2024, I electronically transmitted the attached document to the Clerk of the Court and all counsel of record using the ECF System for filing and service in accordance with this Court's ECF Order.

/s/Robert L. Sayles
Robert L. Sayles