**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RYAN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| CHAMBER OF COMMERCE OF THE | § | Civil Action No. 3:24-CV-00986-E |
| UNITED STATES OF AMERICA, | § | |
| BUSINESS ROUNDTABLE, TEXAS | § | |
| ASSOCIATION OF BUSINESS, and | § | |
| LONGVIEW CHAMBER OF COMMERCE, | § | |
| | § | |
| Plaintiff-Intervenors, | § | |
| | § | |
| v. | § | |
| | § | |
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Defendant. | § | |

**PRELIMINARY INJUNCTION**

By separate Memorandum Opinion and Order of this same date, the Court has determined that (i) Plaintiff and Plaintiff-Intervenors (referred collectively as "Plaintiffs") are substantially likely to prevail on the merits of their challenge to the FTC's Non-Compete Rule under the Administrative Procedure Act, 5 U.S.C. § 706; (ii) Plaintiffs will suffer irreparable harm if no preliminary injunction issues; (iii) the balance of harms favors the Plaintiffs; and (iv) the public interest favors issuance of a preliminary injunction. The Court therefore enters the following preliminary injunction (i) to take effect today and (ii) to continue effect until the Court's decision on the merits.

**IT IS ORDERED THAT:**

1.  The Federal Trade Commission (FTC) and its respective agents, servants, employees, and attorneys, and all persons acting in concert with the FTC are wholly enjoined from implementation of or enforcement of the Non-

Compete Rule—16 C.F.R. § 910.1-.6—against Plaintiff Ryan, LLC, from the date of this order to the Court's final adjudication on the merits. The Court hereby stays the effective date of the Rule as to Plaintiff Ryan, LLC.

2.    The Federal Trade Commission (FTC) and its respective agents, servants, employees, and attorneys, and all persons acting in concert with the FTC are wholly enjoined from implementation of or enforcement of the Non-Compete Rule—16 C.F.R. § 910.1-.6—against Plaintiff Intervenors: Chamber of Commerce of the United States of America; Business Roundtable; Texas Association of Business; and Longview Chamber of Commerce, from the date of this order to the Court's final adjudication on the merits. The Court hereby stays the effective date of the Rule as to these Plaintiff-Intervenors.

Pursuant to Federal Rule of Civil Procedure 65(c), the Court waives the requirement of a bond. *See* Fed. R. Civ. P. 65(c).

**SO ORDERED this day of July 3, 2024.**

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE