IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| CHAMBER OF COMMERCE OF THE | § | |
| UNITED STATES OF AMERICA, | § | |
| BUSINESS ROUNDTABLE, TEXAS | § | |
| ASSOCIATION OF BUSINESS, and | § | |
| LONGVIEW CHAMBER OF COMMERCE, | § | Civil Action No. 3:24-CV-00986-E |
| | § | |
| Plaintiff-Intervenors, | § | |
| | § | |
| v. | § | |
| | § | |
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Parties' Joint Status Report. (ECF No. 155). After consideration of the Joint Status Report, the Court sets the briefing scheduling for the merits disposition of this proceeding as follows:

(*This space left blank intentionally, scheduling chart begins on next page.*)

| Event | Deadline | Word Limit |
|---|---|---|
| Plaintiff's and Plaintiff Intervenors' motions for summary judgment | July 19, 2024 | 10,000 Words (Each) |
| Defendant's consolidated cross-motion for summary judgment and opposition to Plaintiff's and Plaintiff Intervenors' motions for summary judgment | July 26, 2024 | 20,000 Words |
| Plaintiff's and Plaintiff Intervenors' consolidated oppositions to Defendant's motion for summary judgment and replies in support of Plaintiff's and Plaintiff-Intervenors' motions for summary judgment | August 9, 2024 | 5,000 Words (Each) |
| Defendant's reply in support of its motion for summary judgment | August 16, 2024 | 10,000 Words |
| Joint Appendix | August 16, 2024 | Word Limit Not Applicable |

The Court intends to enter its merits disposition on or before August 30, 2024.

**SO ORDERED:** July 10, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE