UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>       *Plaintiff*,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE,<br><br>       *Plaintiff-Intervenors*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>       *Defendant.* | Case No. 3:24-cv-986-E |

**[PROPOSED] ORDER GRANTING PLAINTIFF AND PLAINTIFF-INTERVENORS' EXPEDITED MOTION FOR LIMITED RECONSIDERATION OF THE SCOPE OF PRELIMINARY RELIEF**

  Before the Court is Plaintiff and Plaintiff-Intervenors' Expedited Motion for Limited Reconsideration of the Scope of Preliminary Relief. The Court, having considered the arguments and evidence of the parties

and the applicable law, is of the opinion that Plaintiff and Plaintiff-Intervenors' Motion should be **GRANTED**.

The Court concludes that the preliminary injunction should be **MODIFIED** to provide as follows:

> The Federal Trade Commission (FTC) and its respective agents, servants, employees, and attorneys, and all persons acting in concert with the FTC are wholly enjoined from implementation of or enforcement of the Non-Compete Rule— 16 C.F.R. § 910.1-.6—from the date of this order to the Court's final adjudication on the merits. The Court hereby stays the effective date of the Rule until further order of the Court.

**SO ORDERED**.

Date: _____                                         _____

                                                                                    United States District Judge