UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>*Plaintiff*,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE,<br><br>*Plaintiff-Intervenors*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>*Defendant*. | **Case No. 3:24-cv-986-E** |

**[PROPOSED] ORDER GRANTING PLAINTIFF AND PLAINTIFF-INTERVENORS' MOTION FOR EXPEDITED CONSIDERATION OF THEIR MOTION FOR LIMITED RECONSIDERATION OF THE SCOPE OF PRELIMINARY RELIEF**

Before the Court is Plaintiff and Plaintiff-Intervenors' Motion for Expedited Consideration of Their Motion for Limited Reconsideration of the Scope of Preliminary Relief. The Court, having considered the arguments and evidence of the parties and the applicable law, concludes that good cause exists to expedite

briefing and is of the opinion that Plaintiff and Plaintiff-Intervenors' Motion should be **GRANTED**.

It is hereby **ORDERED** that:

1. Defendant shall file any opposition to Plaintiff and Plaintiff-Intervenors' motion for limited reconsideration of the scope of preliminary relief by July 12, 2024.

2. Plaintiff and Plaintiff-Intervenors shall file any reply in support of their motion for limited reconsideration of the scope of preliminary relief by July 15, 2024.

**SO ORDERED**.

Date: _____  _____

United States District Judge