**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RYAN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| CHAMBER OF COMMERCE OF THE | § | |
| UNITED STATES OF AMERICA, | § | |
| BUSINESS ROUNDTABLE, TEXAS | § | |
| ASSOCIATION OF BUSINESS, and | § | |
| LONGVIEW CHAMBER OF COMMERCE, | § | Civil Action No. 3:24-CV-00986-E |
| | § | |
| Plaintiff-Intervenors, | § | |
| | § | |
| v. | § | |
| | § | |
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is Plaintiff and Plaintiff-Intervenors' Expedited Motion for Limited Reconsideration of the Scope of Preliminary Relief, (ECF No. 157), and Plaintiff and Plaintiff-Intervenors' Motion for Expedited Consideration of their Motion for Limited Reconsideration of the Scope of Preliminary Relief, (ECF No. 159). The Court has reviewed both motions and the FTC's response, (ECF No. 160), and concludes that Plaintiff and Plaintiff-Intervenors have not shown themselves entitled to the respective relief requested. The Court hereby **DENIES** each motion in its entirety.

**SO ORDERED:** July 11, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE