# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>Plaintiff,<br><br>CHAMBER OF COMMERCE, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | CASE NO.: 3:24-CV-986 |

## [PROPOSED] ORDER

Defendant's unopposed motion to amend the briefing schedule on the parties' forthcoming cross-motions for summary judgment is HEREBY GRANTED. Defendant shall file its consolidated cross-motion for summary judgment and opposition to Plaintiff's and Plaintiff Intervenors' motions for summary judgment by **August 2, 2024.** The schedule set forth in the Court's Order of July 10, 2024, otherwise remains in effect.

| Event | Deadline | Word Limit |
|---|---|---|
| Plaintiff's and Plaintiff-Intervenors' motions for summary judgment | July 19, 2024 | 10,000 Words (Each) |
| Defendant's consolidated cross-motion for summary | August 2, 2024 | 20,000 Words |

| | | |
|---|---|---|
| judgment and opposition to Plaintiff's and Plaintiff-Intervenors' motions for summary judgment | | |
| Plaintiff's and Plaintiff-Intervenors' consolidated oppositions to Defendant's motion for summary judgment and replies in support of Plaintiff's and Plaintiff-Intervenors' motions for summary judgment | August 9, 2024 | 5,000 Words (Each) |
| Defendant's reply in support of its motion for summary judgment | August 16, 2024 | 10,000 Words |
| Joint Appendix | August 16, 2024 | Word Limit Not Applicable |

SO ORDERED.

Dated: _____          _____
                              ADA BROWN
                              UNITED STATES DISTRICT JUDGE