# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN LLC, § § Plaintiff, § § CHAMBER OF COMMERCE OF THE § UNITED STATES OF AMERICA, § BUSINESS ROUNDTABLE, TEXAS § ASSOCIATION OF BUSINESS, and § LONGVIEW CHAMBER OF COMMERCE, § § Plaintiff-Intervenors, § § v. § § FEDERAL TRADE COMMISSION, § § Defendant. § | Civil Action No. 3:24-CV-00986-E |

## ORDER

Before the Court is Defendant's Unopposed Motion to Amend Briefing Schedule. (ECF No. 162). After consideration of the Motion, the Court hereby **GRANTS** the Motion to Amend. Defendant shall file its consolidated cross-motion for summary judgment and opposition to Plaintiff and Plaintiff-Intervenors' motions for summary judgment by August 2, 2024. The briefing schedule set forth in the Court's July 10, 2024, Order, (ECF No. 156), setting the briefing schedule otherwise remains in effect. Thus, the amended briefing schedule for the merits disposition of this proceeding is set as follows:

(*This space left blank intentionally, scheduling chart begins on next page.*)

| Event | Deadline | Word Limit |
|---|---|---|
| Plaintiff's and Plaintiff Intervenors' motions for summary judgment | July 19, 2024 | 10,000 Words (Each) |
| Defendant's consolidated cross-motion for summary judgment and opposition to Plaintiff's and Plaintiff Intervenors' motions for summary judgment | August 2, 2024 | 20,000 Words |
| Plaintiff's and Plaintiff Intervenors' consolidated oppositions to Defendant's motion for summary judgment and replies in support of Plaintiff's and Plaintiff-Intervenors' motions for summary judgment | August 9, 2024 | 5,000 Words (Each) |
| Defendant's reply in support of its motion for summary judgment | August 16, 2024 | 10,000 Words |
| Joint Appendix | August 16, 2024 | Word Limit Not Applicable |

The Court intends to enter its merits disposition on or before August 30, 2024.

**SO ORDERED:** July 11, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE