IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>*Plaintiff*,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE,<br><br>*Plaintiff-Intervenors*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>*Defendant*. | **Case No. 3:24-cv-986-E** |

### [PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENORS' MOTION FOR SUMMARY JUDGMENT

Before the Court is plaintiffs-intervenors' Motion for Summary Judgment. The Court, having considered the arguments and evidence of the parties, is of the opinion that plaintiffs-intervenors' Motion should be **GRANTED**.

The Court hereby **DECLARES** that 16 C.F.R. pt. 910 & 912 (the Noncompete Rule) violates the Administrative Procedure Act because it is "arbitrary, capricious," "not in accordance with law," and "in excess of statutory jurisdiction, authority, or limitations, or short of statutory right." APA § 706(2).

The Court also **VACATES** the Noncompete Rule.

It is therefore **ORDERED** that plaintiff-intervenors' Motion for Summary Judgment is hereby **GRANTED**.

**SO ORDERED**: August ____, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE