# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | | |
|---|---|---|
| RYAN LLC, | § | |
|     Plaintiff, | § | |
| | § | |
| CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE, | §§§§§§§ | Civil Action No.: 3:24-CV-00986-E |
|     Plaintiff-Intervenors, | § | |
| | § | |
| v. | § | |
| | § | |
| FEDERAL TRADE COMMISSION, | § | |
|     Defendant. | § | |

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF THE AMERICAN HOSPITAL ASSOCIATION AND THE FEDERATION OF AMERICAN HOSPITALS TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is the Unopposed Motion of *Amici Curiae* the American Hospital Association and the Federation of American Hospitals for Leave to Proceed Without Local Counsel.

Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that *amici curiae* may proceed in this matter without local counsel.

Signed this ____, day of _____, 2024.

_____
United States District Judge