IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>    *Plaintiff,*<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES, *et al.*,<br><br>    *Plaintiff-Intervenors,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    *Defendant.* | Civil Action No. 3:24-CV-00986-E<br><br>Hon. Ada Brown |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF AMERICAN PROPERTY CASUALTY INSURANCE ASSOCIATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF'S AND INTERVENORS' MOTIONS FOR SUMMARY JUDGMENT**

Before the court is the unopposed motion of the American Property Casualty Insurance Association for leave to file a brief as *amicus curiae* in support of Plaintiff's and Intervenors' motions for summary judgment. Local Rule 7.2(b) allows *amicus* briefs to be filed with "leave of the presiding judge." Good cause appearing therefor, the motion is GRANTED.

    **SO ORDERED.**

| | |
|---|---|
| _____ <br> DATE | _____ <br> Ada Brown <br> U.S. District Court Judge |