# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

| | |
|---|---|
| RYAN LLC, §<br>　　　Plaintiff, §<br>§<br>CHAMBER OF COMMERCE OF §<br>THE UNITED STATES OF §<br>AMERICA, BUSINESS §<br>ROUNDTABLE, TEXAS §<br>ASSOCIATION OF BUSINESS, and §<br>LONGVIEW CHAMBER OF §<br>COMMERCE, §<br>　　　Plaintiff-Intervenors, §<br>§<br>v. §<br>§<br>FEDERAL TRADE COMMISSION, §<br>　　　Defendant. § | Civil Action No.: 3:24-CV-00986-E |

### [PROPOSED] ORDER GRANTING CONSENT MOTION OF THE AMERICAN HOSPITAL ASSOCIATION AND THE FEDERATION OF AMERICAN HOSPITALS FOR LEAVE TO FILE A BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF'S AND PLAINTIFF-INTERVENORS' MOTIONS FOR SUMMARY JUDGMENT

　　Before the Court is the Consent Motion of the American Hospital Association and the Federation of American Hospitals for Leave to File a Brief as *Amici Curiae* in Support of Plaintiff's and Plaintiff-Intervenors' Motions for Summary Judgment.

　　Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that the amicus brief is

considered filed.

    Signed this _____, day of _____, 2024.

_____
United States District Judge