UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>　　Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, *et al.*,<br><br>　　Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　Defendant. | CASE NO.: 3:24-CV-986-E |

## **[PROPOSED] ORDER**

Defendant's motion for summary judgment is HEREBY GRANTED.

SO ORDERED.


Dated: _____              _____
                                    ADA BROWN
                                    UNITED STATES DISTRICT JUDGE