

**STATE OF COLORADO,** ss:

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**David H. Seligman**__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**28th**__ day of __**March**__ A.D. __**2016**__ and that at the date hereof the said __**David H. Seligman**__ is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**10th**__ day of __**May**__ A.D. __**2024**__

*Cheryl Stevens*
Clerk

By ___*Myra Sanchez*___
Deputy Clerk