

**STATE OF COLORADO,** ss:

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**Nina Elizabeth DiSalvo**__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**18th**__ day of __**March**__ A.D. __**2015**__ and that at the date hereof the said __**Nina Elizabeth DiSalvo**__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**2nd**__ day of __**August**__ A.D. __**2024**__

*Cheryl Stevens*
_____ Clerk

By _____
                                    Deputy Clerk