UNITED STATES DISTRICT COURT
NOTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>　　　　Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiff-Intervenors,<br><br>　　　　v.<br><br>FEDERAL TRADE COMMISSION,<br><br>　　　　Defendant. | No. 3:24-cv-00986-E |

**ORDER GRANTING UNOPPOSED MOTION
OF PUBLIC CITIZEN AND NATIONAL EMPLOYMENT LAW PROJECT
FOR LEAVE TO FILE A BRIEF AS AMICI CURIAE**

Before the Court is the Unopposed Motion of Public Citizen and National Employment Law Project for Leave to File a Brief as Amici Curiae in Support of Defendant's Motion for Summary Judgment and in Opposition to Plaintiff and Plaintiff-Intervenors' Motions for Summary Judgment. (ECF No. 187).

Having considered the motion, the Court finds that it is well taken and GRANTS the motion. It is therefore ORDERED that the amicus brief is considered filed.

*(Signature on Following Page)*

Signed this 6th day of August, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE