# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC,<br><br>Plaintiff,<br><br>CHAMBER OF COMMERCE OF<br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | Case No.: 3:24-CV-986-E |

## ORDER GRANTING UNOPPOSED MOTON OF
## NYU LANGONE HEALTH TO FILE A BRIEF AS AMICUS CURIAE
## IN SUPPORT OF FTC'S MOTION FOR SUMMARY JUDGMENT AND
## OPPOSITION TO PLAINTIFFS' MOTIONS
## <u>FOR SUMMARY JUDGMENT</u>

Before the Court is the unopposed motion of NYU Langone Health for leave to file a brief as amicus curiae in support of Defendant Federal Trade Commission's Motion for Summary Judgment (Dkt. 184) and FTC's opposition to Plaintiff's

Motion for Summary Judgment (Dkt. 166) and Plaintiff-Intervenors' Motion for Summary Judgment (Dkt. 168). Upon due consideration, the Court GRANTS the motion and the amicus brief is considered filed.

**SO ORDERED**: August 8th, 2024.

_Ada E. Brown_
Ada E. Brown
UNITED STATES DISTRICT JUDGE