# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RYAN, LLC, *Plaintiff*, <br><br> CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE, <br><br> *Plaintiff-Intervenors*, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, <br><br> *Defendant*. | Case No. 3:24-cv-986-E |

## PLAINTIFF-INTERVENORS' RESPONSE TO COMMISSION'S CROSS-MOTION FOR SUMMARY JUDGMENT

The Court should deny defendant Federal Trade Commission's motion for summary judgment. ECF No. 184. Each of the matters required by Local Rule 56.4(a) will be set forth in plaintiff-intervenors' accompanying combined reply brief in support of their motion for summary judgment and opposition to the Commission's cross-motion for summary judgment.

Plaintiff-intervenors seek relief from the Commission's Final Rule prohibiting noncompete agreements nationwide.  Non-Compete Clause Rule, 89 Reg. Reg. 38,342 (May 7, 2024) ("Final Rule").  Defendant is not entitled to summary judgment on its claim because: (1) Section 6(g) of the Federal Trade Commission Act (FTC Act) does not authorize the Commission to issue binding competition regulations; (2) Section 5 of the FTC Act does not authorize the Commission to declare all noncompetes unlawful as a class; (3) the FTC Act does not authorize the Commission's retroactive rulemaking in invalidating existing noncompetes; and (4) the Commission's decision to adopt the Rule was unreasoned, arbitrary, and capricious.

For the reasons explained in plaintiff-intervenors' accompanying brief, the Court should grant plaintiff-intervenors' motion for summary judgment, deny the Commission's cross-motion for summary judgment, enter judgment for plaintiff-intervenors, and set aside the Rule.

Dated:  August 9, 2024

Jordan L. Von Bokern (D.C. Bar No. 1032962)
Tyler S. Badgley (D.C. Bar No. 1047899)
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, D.C.  20062
Tel:  (202) 463-5337
jvonbokern@uschamber.com
tbadgley@uschamber.com


Liz Dougherty (D.C. Bar No. 457352)
BUSINESS ROUNDTABLE
1000 Maine Avenue SW
Washington, D.C. 20024
202-872-1260
ldougherty@brt.org

Respectfully submitted,

/s/ *Robert L. Sayles*
Robert L. Sayles (Texas Bar No. 24049857)
Boyce Holleman (Texas Bar No. 24126727)
BRADLEY ARANT BOULT CUMMINGS LLP
1445 Ross Avenue
Suite 3600
Dallas, TX 75202
Tel: (214) 257-9800
Fax: (214) 939-8787
rsayles@bradley.com
bholleman@bradley.com

Jeffrey B. Wall (Georgia Bar No. 750427)
Judson O. Littleton (D.C. Bar No. 1027310)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006-5215
Tel:  (202) 956-7000
wallj@sullcrom.com
littletonj@sullcrom.com

*Counsel for Plaintiff-Intervenors Chamber of Commerce of the United States of America, Business Roundtable, Texas Association of Business, and Longview Chamber of Commerce*

## CERTIFICATE OF WORD COUNT

This document complies with the Procedures for Cases Assigned to District Judge Ada Brown and Standing Order, Rule II(A), because it contains 189 words.

/s/ *Robert L. Sayles*
Robert L. Sayles

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically transmitted the attached document to the Clerk of the Court and all counsel of record using the ECF System for filing and service in accordance with Local Rule 5.1.

/s/ *Robert L. Sayles*
Robert L. Sayles