UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RYAN LLC,<br><br>Plaintiff,<br><br>CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, BUSINESS ROUNDTABLE, TEXAS ASSOCIATION OF BUSINESS, and LONGVIEW CHAMBER OF COMMERCE,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>FEDERAL TRADE COMMISSION,<br><br>Defendant. | No. 3:24-v-00986-E |

**ORDER GRANTING UNOPPOSED MOTION OF THE SOCIETY FOR HUMAN RESOURCE MANAGEMENT FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN SUPPORT OF PLAINTIFF'S AND INTERVENORS' MOTIONS FOR SUMMARY JUDGMENT AND IN OPPOSITION TO FTC'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is the unopposed motion of the Society for Human Resource Management for leave to file a brief *amicus curiae* in support of Plaintiff's and Intervenors' Motions for Summary Judgment and in Opposition to the FTC's Motion for Summary Judgment. (ECF No. 201). Local Rule 7.2(b) allows an *amicus* brief to be filed with "leave of the presiding judge." Good cause appearing therefor, the motion is **GRANTED**.

**SO ORDERED:** August 12, 2024.

_____
Ada E. Brown
UNITED STATES DISTRICT JUDGE