**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| RYAN LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| CHAMBER OF COMMERCE OF THE | § | |
| UNITED STATES OF AMERICA, | § | |
| BUSINESS ROUNDTABLE, TEXAS | § | |
| ASSOCIATION OF BUSINESS, and | § | |
| LONGVIEW CHAMBER OF COMMERCE, | § | Civil Action No. 3:24-CV-00986-E |
| | § | |
| Plaintiff-Intervenors, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| FEDERAL TRADE COMMISSION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Having GRANTED Ryan and Plaintiff-Intervenors' Motions for Summary Judgment, (ECF Nos. 166, 168), and DENIED the FTC's Motion for Summary Judgment, (ECF No. 184), the Court has adjudicated all of Plaintiffs' claims. The Court sets aside the Non-Compete Rule, 16 C.F.R. § 910.1–.6, and the Rule shall not be enforced or otherwise take effect on September 4, 2024, or thereafter. This is a final and appealable judgment. *See* Fed. R. Civ. P. 54. All relief not expressly granted is denied.

**SO ORDERED:** August 20, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE