# United States Court of Appeals for the Fifth Circuit

**A True Copy**
**Certified order issued Sep 08, 2025**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit
**FILED**
September 8, 2025
Lyle W. Cayce
Clerk

No. 24-10951

Ryan, L.L.C.,

*Plaintiff—Appellee,*

Chamber of Commerce of the United States of America; Business Roundtable; Texas Association of Business; Longview Chamber of Commerce,

*Intervenor Plaintiffs—Appellees,*

*versus*

Federal Trade Commission,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:24-CV-986

_____

CLERK'S OFFICE:

    Under Fed. R. App. P.42(b), the appeal is dismissed as of September 08, 2025, pursuant to appellant's motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

No. 24-10951

By: _____
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 08, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 24-10951   Ryan v. FTC
                          USDC No. 3:24-CV-986

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Casey A. Sullivan, Deputy Clerk
                          504-310-7642

cc w/encl:
     Mr. Robert Alt
     Mr. Corbin Barthold
     Mr. Brendan Colin Benedict
     Ms. Molly Judith Bowen
     Mr. Warren Tavares Burns
     Ms. Kelly Anne Carroll
     Mr. William Francis Cole
     Mr. Jesse M. Coleman
     Mr. Kirk Cooper
     Mr. Charles William Fillmore
     Mr. David O. Fisher
     Ms. Jodyann Galvin
     Ms. Taisa M. Goodnature
     Ms. Brianne Jenna Gorod
     Mr. Aaron David Hauptman
     Mr. Lee Hepner

Mr. Levon G. Hovnatanian
Mr. Paul Arthur Howard II
Mr. Paul Whitfield Hughes III
Mr. Sean Janda
Ms. Elizabeth Ashley Kiernan
Mr. Andrew G. I. Kilberg
Mr. Judson Owen Littleton
Ms. Wendy Liu
Ms. Cynthia Ludwig
Mr. Andrew Lyons-Berg
Mr. Minh Nguyen-Dang
Mr. Darren Patrick Nicholson
Mr. John R. Pagliaro
Ms. Katrina A. Pagonis
Mrs. Meagan Martin Powers
Mr. Sean J. Radomski
Mr. Eron Floyd Reid
Mr. Joshua Martin Robbins
Ms. Nicole A. Saharsky
 Robert Lee Sayles
Mr. Eugene Scalia
Mr. Amir Cameron Tayrani
Mr. David Christian Tryon
Ms. Caroline Van Zile
Mr. Mark Vandenberg
Mr. Jordan Landrum Von Bokern
Mr. Luke A. Wake
Mr. Jeffrey B. Wall
Mr. Erik W. Weibust
Mr. Michael Dale Wexler
Ms. Sheryl Xavier
Ms. Rachel Leah Zacharias
Mr. Joshua Robert Zuckerman